

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **JIMIE DIANNE OWSLEY,** | § | **CASE NO: 19-20060** |
| **Debtor.** | § | |
| | § | |
| | § | **CHAPTER 11** |

## MEMORANDUM OPINION

This fee dispute arises from the provision of legal services to the Debtor, Dr. Jimie Dianne Owsley, in connection with a state court family law proceeding. Dr. Owsley retained the applicant, Dale & Klein, LLP, as special litigation counsel to represent her in a suit to modify Dr. Owsley's parent-child relationship. Brian Owsley, Dr. Owsley's ex-husband, objected to Dale & Klein's fee request, asserting that Dale & Klein billed excessively and unnecessarily. In defense of its fee application, Dale & Klein asserts that its fees were, in part, incurred because Mr. Owsley was an uncompromising and "vexatious litigant."

Litigants in divorce and family law proceedings often feel enmity toward one another. Professionalism requires attorneys to strive to minimize—rather than participate in—acrimonious conduct. And when the costs of a family law proceeding are to be borne by a bankruptcy estate, it is incumbent on court-appointed attorneys to remain mindful that the estate must be preserved for the benefit of other creditors. Here, it appears the enmity between the Owsleys affected Dale & Klein's duty to act civilly, which resulted in elevated attorneys' fees. It would be inappropriate to force the estate to bear the burden of this lapse in professionalism.

Dale & Klein is awarded $84,164.29 in fees and expenses, a $45,556.64 reduction from the amount requested.

1 / 37

## BACKGROUND

At times, Jimie Dianne Owsley's bankruptcy has seemed like a re-litigation of Dr. Owsley's 2015 divorce, which dissolved her marriage with Brian Owsley.  Mr. Owsley has been an activate participant in Dr. Owsley's bankruptcy case, opposing many of the actions taken by Dr. Owsley in her effort to emerge from bankruptcy.[1]  In doing so, both Owsleys have attempted to dredge up issues related to their divorce and ongoing familial strife.  Unfortunately, when Dr. Owsley sought to modify the parent-child relationship between her, Mr. Owsley, and their two children, cooler heads did not prevail.

### *Dale & Klein's Employment*

Six months after filing for bankruptcy in early 2019, Dr. Owsley applied for authorization to retain Dale & Klein, LLP as special litigation counsel. (*See* ECF No. 45).  Mr. Owsley objected to Dale & Klein's employment.  (*See* ECF No. 52).  Mr. Owsley's objection was overruled, and Dr. Owsley was authorized to retain Dale & Klein to provide legal services "limited to issues concerning modification of conservatorship, terms of possession and access, and child support in state court."  (ECF No. 66 at 2).

### *Dale & Klein's Representation*

Dale & Klein's authorized representation began on June 17, 2019.  (ECF No. 45 at 5).  During its representation, Dale & Klein:

> [A]ssisted the Debtor in preparing a petition to modify the parent-child relationship and the prosecution of that suit, including conducting discovery and attending hearings, and conferences with Brian Owsley through his counsel; (2) assisted the Debtor in reviewing insurance renewals and proceeding with filing a notice of claim in connection with the malicious prosecution case filed against Debtor by Brian Owsley; (3) reviewed multiple volumes of the Nueces County District Clerk's record of the family law case; and (4) prepared temporary orders for the

---

[1] Of course, as a party in interest, Mr. Owsley had every right to oppose actions that could affect the estate and its distribution.

modification of the parent-child relationship. Further hearings are set in the suit affecting parent-child relationship for April 2019.

(ECF No. 162 at 3–4).   While carrying out these tasks, Katie Pearson Klein, of Dale & Klein, attended Dr. Owsley's 2004 examination, which was noticed by Mr. Owsley.   (ECF No. 216 at 1). Though, Dr. Owsley was primarily represented at the 2004 examination by her bankruptcy attorney.   Ms. Klein also deposed Mr. Owsley as part of the discovery phase of Dr. Owsley's modification proceeding.   (Appendix A at Entries 178, 220, 295, 305, 381–82, 403–04, 420, 466, 489, 501, 505–07).   Additionally, Dale & Klein began preparing for a possible appeal of the Owsley's divorce decree.   (ECF No. 216 at 2).   Dale & Klein's representation culminated in a three-day trial on Dr. Owsley's petition to modify the Owsleys' parent-child relationship and the drafting of an order memorializing the state court's ruling on Dr. Owsley's petition.   (Appendix A at Entries 560, 567, 572, 574, 577, 586, 589, 593–600, 602–05, 607–09, 612, 614–15, 617–22, 626, 629, 631–32, 635–641, 645–652, 663–66, 669–71, 673).

During Dr. Owsley's 2004 examination, Dr. Owsley was examined under oath by Mr. Owsley.[2]   (*See* ECF No. 233-1).   At the 2004 examination, Mr. Owsley questioned Dr. Owsley about her finances.   (*See generally* ECF No. 233-1).   Mr. Owsley's questioning also raised issues related to the Owsleys' divorce, as well as other matters unrelated to Dr. Owsley's ability to satisfy her creditors' claims.   (*See, e.g.,* ECF No. 233-1 at 16, 31–32, 34–35).   Though in attendance, Ms. Klein did not actively participate in Dr. Owsley's 2004 examination.

At Mr. Owsley's deposition, Ms. Klein questioned Mr. Owsley on topics related to his relationship with the Owsleys' children, his willingness to bear the children's medical costs, and his ability to parent the children.   (*See generally* ECF No. 229-18).   Mr. Owsley's deposition took

---

[2] Although Mr. Owsley was represented by counsel in the state court proceeding, Mr. Owsley is also an attorney, who has at times represented himself in Dr. Owsley's bankruptcy case.

six hours to complete (the maximum amount of time allowed for a deposition under the Texas Rules of Civil Procedure). (ECF No. 229-18 at 266:10–20). During the deposition, Ms. Klein, Mr. Owsley, and William Dudley, Mr. Owsley's counsel in the modification proceeding, were frequently less than courteous toward each other. (*See, e.g.,* ECF No. 229-18 at 188:19–189:11).

After the three-day trial on Dr. Owsley's modification petition, the District Court for the 319th Judicial District, Nueces County, Texas issued a detailed ruling on Dr. Owsley's request for modification of the terms of her parent-child relationship. (*See* ECF No. 229-20 at 3–9). The court then left it to the parties to draft a written order memorializing the ruling. (ECF No. 229-20 at 14–15). In directing the parties to draft an agreed order, the court made clear that the order was to be a "regular SAPCR[3] order with regular language, your regular conservatorship, your regular child support, transportation, your regular passport language, regular order." (ECF No. 229-20 at 14–16). However, the court left it to the parties to handle the order's treatment of the children's Christmas break. (*See* ECF No. 229-10 at 20). Despite the clarity of the court's ruling, the parties exchanged 14 drafts of the order, went before the court two additional times, and yet, more than a month after the court issued its ruling, the parties still had not reached an agreement on the form of the order. (*See* ECF Nos. 229-2–229-16).

Dale & Klein asserts that throughout its representation of Dr. Owsley, Mr. Owsley was an uncompromising, "vexatious" litigant. (ECF No. 216 at 4). Dale & Klein also contends that Mr. Dudley was regularly unresponsive, leading to "onerous" negotiations. (ECF No. 216 at 4). These factors, Dale & Klein contends, necessitated a "significant" expenditure of time. (ECF No. 216 at 4).

---

[3] "SAPCR" is an acronym for Suit Affecting the Parent-Child Relationship. *See* TEX. FAM. CODE. ANN. § 101.032 (West 2019).

### *Dale & Klein's Fee Application*

Dale & Klein now seeks fees for its representation under 11 U.S.C. §§ 330(a) and 331. Dale & Klein supports its request with two interim fee applications, one final fee application, and two amended applications.  (ECF Nos. 162; 214; 220; 273; 297).  Through these applications, Dale & Klein requests $126,128.14 in professional fees and $1,607.79 in expenses.  (ECF No. 297 at 4).  Dale & Klein also requests $1,995.00 in professional fees for services rendered prior to the effective date of the Order authorizing Dale & Klein's employment.  (ECF No. 297 at 7).  These compensation applications are supported by Dale & Klein's billing records.  (*See* ECF Nos. 220-1; 297-3).  While Dale & Klein's applications request a total of $128,123.14 in professional fees, Dale & Klein's billing records only evidence $127,641.50 in professional fees.  (*See* Appendix A).

Mr. Owsley objected to Dale & Klein's fee request.  (*See* ECF No. 202).  Specifically, Mr. Owsley asserts that Dale & Klein: (1) incurred fees for work that was outside the scope of work this Court authorized Dale & Klein to perform; (2) incurred fees prior to receiving authorization to represent Dr. Owsley; and (3) billed excessively to the detriment of the estate.  (ECF No. 202 at 3–9).

After Mr. Owsley filed his objection, Dale & Klein's application was set for a hearing.  At this hearing, Ms. Klein largely reiterated the bases for Dale & Klein's fee request asserted in Dale & Klein's fee applications.  (*See generally* Aug. 19, 2020 Hearing Recording).  Likewise, Mr. Owsley maintained his objection to Dale & Klein's fee request.  (*See generally* Aug. 19, 2020 Hearing Recording).  Aside from maintaining their positions on Dale & Klein's fees, the parties chose to raise each other's conduct during the family law proceeding as an issue relevant to the dispute over Dale & Klein's fee request.  (*See* Aug. 19, 2020 Hearing Recording at 8:48:00 AM). This choice led the Court to direct the parties to file copies of their communications, a transcript

of Mr. Owsley's deposition, as well as all drafts of the modification order the parties were directed to submit to the state court.  (Aug. 19, 2020 Hearing Recording at 8:46:30 AM).

Once both parties filed the requested documents, the Court took the matter under advisement.  This Memorandum Opinion resolves the fee dispute.

## JURISDICTION

The District Court has jurisdiction over this proceeding under 28 U.S.C § 1334(a).  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B).  Pursuant to 28 U.S.C. § 157(a), this proceeding was referred to the Bankruptcy Court by General Order 2012-6.

## DISCUSSION

Dale & Klein seeks professional fees and expenses under 11 U.S.C. §§ 328(a), 330(a), 331 for services rendered to Dr. Owsley.  Dale & Klein was employed as special counsel under § 327(e).  In this capacity, Dale & Klein was to provide legal services to Dr. Owsley related to a state court proceeding involving the "modification of conservatorship, terms of possession and access, and child support."  (ECF No. 66 at 2).  Brian Owsley, Dr. Owsley's ex-husband, challenges the amount of fees requested by Dale & Klein.  Aside from Mr. Owsley's challenge, the Court has an independent duty to examine fee requests.  *In re King*, 546 B.R. 682, 701 (Bankr. S.D. Tex. 2016).  Dale & Klein's evidence in support of its fee application supports an award of $82,566.50 in fees and $1,607.79 in expenses.

Professionals employed under § 327 may seek reimbursement for reasonable and necessary fees and expenses under §§ 330(a) and 331.  11 U.S.C. §§ 330(a), 331 (2020).  The amount of reasonable and necessary fees to which a professional is entitled is determined using the lodestar method.  *In re Pilgrim's Pride Corp.*, 690 F.3d 650, 656 (5th Cir. 2012); *In re Cahill*, 428 F.3d 536, 539 (5th Cir. 2005).  The appropriate amount of compensation, calculated under the lodestar

method (the "lodestar amount"), is the number of hours an attorney would reasonably spend on similar work multiplied by the prevailing hourly rate in the community. *Cahill*, 428 F.3d at 539; *In re Lopez*, 576 B.R. 84, 92 (Bankr. S.D. Tex. 2017) (citing *In re Rodriguez*, 517 B.R. 724, 730 (Bankr. S.D. Tex. 2014)).  The Court may adjust the number of hours billed and the rates charged when calculating the lodestar amount.  11 U.S.C. § 330(a)(3).

Section 330(a) authorizes compensation for actual and necessary legal services rendered, including services performed by paraprofessionals.  § 330(a)(1)(A).  The Court considers the reasonableness and necessity of fees requested in light of six factors:

> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A)–(F).  The Court may consider additional relevant factors. *In re Chapter 13 Fee Applications*, MISC. 06-00305, 2006 WL 2850115, at *2 (Bankr. S.D. Tex. Oct. 3, 2006); *see also Johnson v. Ga. Highway Express, Inc*., 488 F.2d 714, 717–19 (5th Cir. 1974) (providing 12 factors courts may consider when determining an appropriate amount of fees to award).  While

all relevant factors must be considered, the Court retains "considerable discretion" in adjusting the lodestar amount. *Cahill*, 428 F.3d at 540. Despite being subject to the Court's discretion, the lodestar amount is presumed to be a reasonable calculation of the compensation award. *In re Garza*, No. 16-70444, 2020 WL 718444, at *5 (Bankr. S.D. Tex. Feb. 12, 2020) (citing *Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 552 (2010)).

The party requesting a fee award bears the burden of establishing the reasonableness of its request. *Louisiana Power & Light Co. v. Kellstrom*, 50 F.3d 319, 324 (5th Cir. 1995) (citing *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983)). Meeting this burden requires the requesting party to submit documentation justifying the requested amount—normally, contemporaneous billing records. *Id.* The reasonableness inquiry centers on the applicant's "billing judgment" (*i.e.,* the applicant's ability to differentiate between compensable and non-compensable fee requests). *In re Cole*, 18-35182, 2020 WL 4577236, at *10 (Bankr. S.D. Tex. July 20, 2020) (citing *Saizan v. Delta Concrete Prod. Co., Inc.,* 448 F.3d 795, 799 (5th Cir. 2006)).

## I.   PRE-EMPLOYMENT FEE REQUEST

Dale & Klein seeks $1,995.00 in fees incurred prior to effective date of the Order authorizing Dale & Klein's employment.[4] Bankruptcy courts, as courts of equity, enjoy the discretion to grant a *nunc pro tunc* order authorizing a professional's employment retroactively. *In re Triangle Chems., Inc.*, 697 F.2d 1280, 1289 (5th Cir. 1983). The Southern District of Texas requires *nunc pro tunc* employment applications to include:

> (A)   An explanation of why the application was not filed earlier;

---

[4] The Southern District of Texas's Local Rules provide that an approved employment application will be deemed contemporaneous with the beginning of the professional's services if it is filed within 30 days of the services' provision. BANKR. S.D. TEX. LOC. R. 2014-1(a). Dale & Klein's filed its application, which was approved, on July 17, 2019. (*See* ECF No. 45). Thus, Dale & Klein's approved employment was considered to have started on June 17, 2019. BANKR. S.D. TEX. LOC. R. 2014-1(a).

(B)     An explanation why the order authorizing employment is required *nunc pro tunc*;

(C)     An explanation, to the best of the applicant's knowledge, how approval of the application may prejudice any parties-in-interest.

BANKR. S.D. TEX. LOC. R. 2014-1(b).  Dale & Klein bore the burden of establishing that it would have been employed under § 327(e) had the application been timely filed, as well as the burden of providing adequate explanations as required by Local Rule 2014-1(b).  *In re Decloutte*, 12-35092, 2018 WL 3078153, at *14 (Bankr. S.D. Tex. June 20, 2018) (citing *In re Lyons*, 439 B.R. 401, 405 (Bankr. S.D. Tex. 2010)).

Dale & Klein is not entitled to its pre-employment fees.  First, Dale & Klein failed to file an application for a *nunc pro tunc* employment order.  Instead, it simply requested fees incurred prior to its employment date.  Such a request skirts the requirements of Local Rule 2014-1(a).  Second, the only explanation Dale & Klein provides for its failure to timely file an employment application is that "[u]rgent family matters required advice."  (ECF No. 216 at 2).  This statement loosely satisfies Rule 2014-1(b)(2)(A).  Dale & Klein offers nothing explaining why a *nunc pro tunc* order is now required.  *See* BANKR. S.D. TEX. LOC. R. 2014-1(b)(2)(B)–(C).  Moreover, this "urgency" explanation is undercut by the fact that five weeks elapsed between Dale & Klein's initial consultation with Dr. Owsley and the filing of Dale & Klein's employment application. (*Compare* Appendix A at Entry 1 *with* ECF No. 45).[5]

Dale & Klein's pre-June 17, 2019 employment did not comply with 11 U.S.C. § 327(e). Despite being afforded the advantages of Local Rule 2014-1(a), Dale & Klein's application failed to cover its full term of employment.  After missing the extended deadline provided in Local Rule 2014-1(a), Dale & Klein ignored the requirements for *nunc pro tunc* employment applications set

---

[5] While Dale & Klein's failings are referenced, it should be noted that it was Dr. Owsley's responsibility, through her bankruptcy counsel, to timely seek authorization to employ Dale & Klein.  *See* 11 U.S.C. § 327(e).

out in Local Rule 2014-1(b).  Yet Dale & Klein still expects the estate to bear its fees and expenses

under § 330(a).  The deficiencies in Dale & Klein's employment application preclude such an

award; the request for $1,995.00 in pre-employment fees is denied.  *See In re American Hous.*

*Found.*, 09-20232-RLJ-11, 2014 WL 2504510, at *5 (Bankr. N.D. Tex. June 3, 2014) ("The

Bankruptcy Code does not authorize the payment of a professional whose employment has not

been properly authorized.").

## II.    REASONABLE AND NECESSARY PROFESSIONAL FEES

Dale & Klein submitted billing records documenting a total of $125,646.50 in professional

fees (excluding pre-employment fees).[6]  Nine professionals and paraprofessionals rendered

services to Dr. Owsley.  These professionals and paraprofessionals billed at hourly rates ranging

between $350 per hour to $95 per hour.  During its authorized employment, Dale & Klein

expended 664.7 hours on Dr. Owsley's case.  The following table provides a breakdown of the

rates, hours, and requested fees attributable to Dale & Klein's professionals and paraprofessionals:

| Billing Professional | Hourly Rate | Hours Expended | Fees Requested |
|---|---|---|---|
| Glendy Ogletree | $95/hour | 173.1 | $13,575.50 |
| Diana Staples | $95/hour | 3.2 | $304.00 |
| "Summarizer" | $95/hour | 160 | $15,200.00 |
| Sergio Cooper | $95/hour | 2.0 | $85.50 |
| Johnny Munoz | $95/hour | 2.7 | $209.00 |
| Sergio Garza | $225/hour | 3.8 | $855.00 |
| Uri Heller | $225/hour | 125.1 | $27,832.50 |
| William Mount Jr. | $300/hour | 4.0 | $1,200.00 |
| Katie P. Klein | $350/hour[7] | 190.8 | $66,385.00 |
| **TOTALS** | | **664.7[8]** | **$125,646.50** |

---

[6] However, Dale & Klein's application requests $126,128.14 in professional and paraprofessional fees.  The additional $481.64 requested in the application, which is unsupported by contemporaneous billing records, is disallowed.  *See La. Power & Light*, 50 F.3d at 324.

[7] Ms. Klein billed 0.2 hours at $300/hour on 12/8/2019.

[8] In total, Dale & Klein wrote off 33.7 hours (roughly 5% of the total hours expended).  The majority of these hours were billed at $95/hour.

### A.     Ethical Considerations in Awarding Fees Under 11 U.S.C. § 330(a)

The bankruptcy code required Dale & Klein to seek judicial approval of its fees.  This requirement allows bankruptcy courts to protect the interests of creditors and debtors against overreaching professionals that will be compensated with estate funds.  *In re Temple Ret. Cmty., Inc.*, 97 B.R. 333, 336 (Bankr. W.D. Tex. 1989) (quoting FED. R. BANKR. P. 2017 advisory committee notes on the 1983 amendment).  In fact, a court's award of fees "is confirmation that the fees . . . are reasonable and . . . represent compensation for actual and necessary services."  *Id.* (citing *In re Consolidated Bancshares, Inc.,* 785 F.2d 1249, 1255 (5th Cir. 1986)).

It is axiomatic that fees requested under § 330(a) must be reasonable and necessary.  *See Pilgrim's Pride*, 690 F.3d at 656.  An applicant's failure to uphold its ethical obligations may undermine the reasonableness and necessity of the fees requested.  *In re 437 Park Corp.*, 54 B.R. 326, 329 (Bankr. S.D.N.Y. 1985); *see also In re Devers*, 12 B.R. 140, 142 (D.D.C. 1981) ("Ethical violations are without question relevant to a fee determination.").  In reviewing a fee application, the Court must ensure that court-appointed counsel adhered to "the highest standards of ethical conduct." *Temple Ret. Cmty.*, 97 B.R. at 336 (quoting *Consolidated Bancshares*, 785 F.2d at 1255 (internal quotation marks omitted)).  An applicant's failure to ethically represent the debtor diminishes the value of the applicant's services.  *Devers*, 12 B.R. at 142 ("Unethical conduct on the part of an attorney in many cases will lessen the value of services to a client.").  Unethical conduct that diminishes the value of services rendered by court-appointed counsel warrants a commensurate reduction in the fees awarded.  *See In re Cenargo Intern., PLC*, 294 B.R. 571, 596 (Bankr. S.D.N.Y. 2003) ("[The] inquiry into the "value" of a professional's services often is described as a market-driven approach. . . . [O]ne may presume, subject to rebuttal, that the staffing

and other practical decisions made by [court-appointed counsel] have been made in *good faith in view of the attorneys' legal and ethical responsibilities* as officers of the Court." (emphasis added and internal citations omitted)).

Dale & Klein's representation of Dr. Owsley left much to be desired from an ethical perspective. Lawyers, especially those practicing family law, are expected to avoid behavior that is discourteous to opposing counsel or adverse witnesses. *See* TEX. R. CIV. P. 199.5(d); *see also* Texas Lawyer's Creed art. III (Tex. & Tex. Crim. App. 1989), https://www.legalethicstexas.com/Downloads/Texas-Lawyers-Creed/Signed-Version-of-Texas-Lawyers-Creed ("A lawyer owes to opposing counsel, in the conduct of legal transactions and the pursuit of litigation, courtesy, candor, cooperation . . . . Ill feelings between clients shall not influence a lawyer's conduct, attitude, or demeanor toward opposing counsel."). Yet Katie Pearson Klein glaringly failed to act courteously during Mr. Owsley's deposition.

Ms. Klein's conduct at Mr. Owsley's deposition diminished the value of Dale & Klein's services. *See Devers*, 12 B.R. at 14; *In re Grant*, 14 B.R. 567, 569 (Bankr. S.D.N.Y. 1981) ("In reviewing an attorney's fee to determine whether it is reasonable . . . the Court must consider the nature of the services and the competence of the performance and it also must be guided by ethical considerations." (internal citations omitted)). At Mr. Owsley's deposition, Ms. Klein engaged in conduct inconsistent with Texas Rule of Civil Procedure 199.5 and with the ethical considerations that guide Texas attorneys.[9] For example, Ms. Klein engaged in the following exchange with Mr. Owsley:

---

[9] Tellingly, Texas saw fit to include an ethical demand in its Rules of Civil Procedure. *See* Tex. R. Civ. P. 199.5(d).

6      Q    So your testimony is that subsequent to 2016
7   that you have paid Mr. Dudley over 153,500?
8               MR. DUDLEY:  Objection, form.
9      Q    (Ms. Klein)  Is that what you said?  Did I
10  understand you correctly?
11     A    What I said is I paid him a lot of money,
12  and it wouldn't shock --
13     Q    Go ahead.
14     A    Do not interrupt me, please.  It would not
15  shock me that it is north of $153,000, so --
16     Q    And we're --
17     A    For example, Judge Terrell found that I had
18  spent --
19     Q    Sir, I'm not asking --
20     A    -- in excess of --
21               MS. KLEIN:  Objection, nonresponsive.
22     A    -- in excess of --
23               MS. KLEIN:  Objection, nonresponsive.
24     A    -- in excess --
25               MS. KLEIN:  Objection, nonresponsive.

1      A    -- in excess of --
2               MS. KLEIN:  Objection, nonresponsive.
3      A    -- in excess of $70,000 in attorney's fees.
4               MS. KLEIN:  Objection, nonresponsive.
5      A    It was quite likely more, and that was prior
6   to August 20th of 2018, and I've been paying since
7   then.  So, yes, it's quite likely that it's over
8   $153,000.
9               MS. KLEIN:  Okay, sir.  Objection,
10  nonresponsive.

(ECF No. 229-18 at 87:6–88:10).  Rule 199.5(e), which provides that argumentative objections

may be grounds for a deposition's termination or the imposition of sanctions, prohibits such

exchanges.  *See* TEX. R. CIV. P. 199.5(e).  This was not Ms. Klein's only inappropriate string of

objections.  Over 100 pages later, the following exchange occurred:

```
17        Q     And is it true that the deductible under
18   your health insurance policy is higher than the
19   deductible under my client's health insurance?
20        A     I can't answer that, because I don't have
21   any of the -- I don't have any of -- any -- any of the
22   plan documents, or anything like that regarding your
23   client's health insurance.
24        Q     Okay.  Sir --
25        A     All I -- all I know -- all I know is --

 1              MS. KLEIN:  Objection, nonresponsive.
 2        A     All I know is that --
 3              MS. KLEIN:  Objection, nonresponsive.
 4        A     All I know is --
 5              MS. KLEIN:  Objection, nonresponsive.
 6        A     All I know is that when it was discussed,
 7   your client's health insurance costs significantly
 8   higher than mine for --
 9              MS. KLEIN:  Objection, nonresponsive.
10        A     -- about the same coverage.
11              MS. KLEIN:  Objection, nonresponsive.
```

(ECF No. 229-18 at 197:17–198:11).  Still, these were not the only objections lodged in violation

Rule 199.5(e).  (*See, e.g.,* ECF No. 229-18 at 198:21–199:16; 208:11–210:11).

Ms. Klein also failed to adhere to Rule 199.5(d) in questioning Mr. Owsley and addressing his attorney, William Dudley.  Rule 199.5(d) requires oral depositions to "be conducted in the same manner as if the testimony were being obtained in court during trial."  TEX. R. CIV. P. 199.5(d).  Counsel at a deposition is also directed to "cooperate with and be courteous to each other and to the witness."  TEX. R. CIV. P. 199.5(d).  Absent from this rule is any provision authorizing retaliation based on opposing counsel's or the witness's conduct.  Yet, in the following instances, Ms. Klein acted discourteously toward Mr. Owsley and Mr. Dudley in apparent retaliation:

```
19        Q    (Ms. Klein)  You did not answer my question.
20   I am asking if you have paid any money to Dr. Owsley
21   or to the Corpus Christi Fire Department for any
22   portion of this bill?  Yes, or no?
23        A    So --
24        Q    No so, just yes, or no, sir?
25        A    This is before the bankruptcy proceed --

1    court.
2         Q    I don't care if it's before God, himself,
3    sir.  That is not responsive to the question.  The
4    question is whether or not --
5                   MR. DUDLEY:  Counsel --
6                   MS. KLEIN:  Excuse me.
7         Q    (Ms. Klein)  The question is --
8                   MR. DUDLEY:  Counsel, no, ma'am.  I'm
9    not going to allow you to throw God into this
10   deposition.  If you cannot --
11                  MS. KLEIN:  Oh, try stopping me.
```

(ECF No. 229-18 at 188:19–189:11).

```
11        Q    Okay.  And then it says, if a party incurs
12   healthcare expenses for the children using out-of-
13   network healthcare providers or services, or fails to
14   follow health insurance company procedures or
15   requirements, that party shall pay the healthcare
16   expenses.  Are you claiming --
17                MR. DUDLEY:  Excuse me, Ms. Klein.  You
18   did not read what is on the paper accurately.
19                MS. KLEIN:  Mr. -- that is not an
20   appropriate objection as proper responsiveness.  Mr.
21   Dudley, you are limited in what you can say on the
22   record.
23        Q    (Ms. Klein)  Mr. Owsley --
24                MR. DUDLEY:  I'm instructing Brian
25   Owsley not to answer an abusive question, when the
1    question itself, specifically, says different from
2    what the divorce decree says, and you're now trying
3    to hide the language and go on to a different page.
4                MS. KLEIN:  No, I'm trying to complete
5    my deposition, which you and your client are
6    desperately trying to keep me from doing.  So I'll
7    move on to something else, because I don't want to
```

(ECF No. 229-18 at 249:11–250:7; *see also* ECF No. 229-18 at 28:2–29:3; 91:4–92:6).

It is not only these excerpts that are concerning.  An air of incivility pervaded Mr. Owsley's

deposition.  The fact that Ms. Klein was not alone in behaving inappropriately does not excuse her

conduct. Frankly, it is impossible to conclude that Ms. Klein would have conducted an examination of Mr. Owsley before a court in the same manner as Ms. Klein deposed Mr. Owsley. *See* TEX. R. CIV. P. 199.5(d) ("The oral deposition must be conducted in the same manner as if the testimony were being obtained in court during trial.").

Counsel's conduct at Mr. Owsley's deposition suggests that the quality of Dale & Klein's representation does not correlate to the amount of fees Dale & Klein requested. *See In re Collida*, 270 B.R. 209, 214 (Bankr. S.D. Tex. 2001) (interpreting § 330 as requiring courts to assess the effectiveness, efficiency, and professionalism of fee applicants). This conclusion is reinforced by Dale & Klein's conduct before this Court at a hearing on Dale & Klein's fee application. (*See generally* Aug. 19, 2020 Hearing Recording). At that hearing, the Court admonished Ms. Klein and Mr. Dudley, informing them that they had chosen to put in issue their professional conduct during the Owsleys' family law proceeding. (Aug. 19, 2020 Hearing Recording at 8:48:00 AM). This choice demands a review of Dale & Klein's fee application that scrutinizes whether Dale & Klein upheld "the highest standards of ethical conduct." *Temple Ret. Cmty.*, 97 B.R. at 336; *see also In re APW Enclosure Sys., Inc.*, 06-11378 (MFW), 2007 WL 3112414, at *4 (Bankr. D. Del. Oct. 23, 2007) (citing *In re Penn–Dixie Indus., Inc.*, 18 B.R. 834, 838–39 (Bankr. S.D.N.Y. 1982)) (noting that the quality of an attorney's representation is valued in "hindsight"). Adherence to these standards bears directly on whether the estate received the full benefit of the fees requested. *Cenargo Intern.*, 294 B.R. at 596.

### B. Reduction of Excessive Fees

Dale & Klein requests fees for work not carried out with the requisite effectiveness, efficiency, and professionalism. This deficiency warrants reducing those fee requests that are excessive. Excessive fee requests include fees billed for redundant, duplicative, or unnecessary

work. *Cole*, 2020 WL 4577236, at *13. Fees billed for purely clerical work are also excessive. *Symetra Life Ins. Co. v. Rapid Settlements, Ltd.*, CIV.A. H-05-3167, 2015 WL 6739022, at *8 (S.D. Tex. Nov. 4, 2015) (citing *Abrams v. Baylor Coll. of Med.*, 805 F.2d 528, 535 (5th Cir. 1986)); *see also Garza*, 2020 WL 718444, at *4, *4 n.36 (disallowing fees for ministerial tasks (*i.e.,* those tasks not requiring specialized legal knowledge)). Dale & Klein was expected to reduce excessive billing entries or, instead, demonstrate that such entries were reasonable and necessary. *Saizan*, 448 F.3d at 799; *see also In re Steinkuehler*, 14-34808-H3-13, 2016 WL 921748, at *4 (Bankr. S.D. Tex. Mar. 9, 2016) ("The court should not have to guess or spend excessive court time to justify a fee for an applicant who has not done so for himself or herself."). Nevertheless, Dale & Klein's application contains numerous excessive entries.

### 1.    Excessive, Duplicative, or Unnecessary Fee Requests

Fee requests are excessive when an inordinate amount of time was billed for a specific task. *See In re 1002 Gemini Interests LLC*, No. 11- 38815, 2015 WL 913542, at *10 (Bankr. S.D. Tex. Feb. 27, 2015) (finding work to be excessive where fewer hours were billed for similar tasks previously undertaken). Requests for fees on account of unnecessary or duplicative work are also excessive. *Cole*, 2020 WL 4577236, at *13. Dale & Klein bore the burden of proving the necessity of its requests, especially those requests that appear duplicative or redundant. *Id.* at *12.

The following billing entries are representative of Dale & Klein's excessive, duplicative, and unnecessary fee requests:

| Date | Billing Professional | Description | Fees Requested | Reason for Reduction |
|------|---------------------|-------------|----------------|----------------------|
| 6/29/2019 | KPK | Memo regarding "things to do." | $350.00 | Duplicative |
| 6/29/2019 | KPK | Draft correspondence to Christine Cortez. | $105.00 | Duplicative |
| 6/29/2019 | KPK | Memo regarding conference call. | $140.00 | Duplicative |
| 12/13/2019 | KPK | Attend hearing on Temporary Orders & return travel (150 miles). | $3,850 | Excessive |

| 5/28/2020 | KPK | Prepare for and take the deposition of Brian Owsley | $3,850.00 | Excessive |
| 12/22/2019 | S | Summarizing Vol. I of Clerk's Record on Appeal. | $380.00 | Unnecessary |
| 7/21/2020 | UH | Reviewed objection to DK fees. | $90.00 | Non-Compensable |
| 7/21/2020 | UH | Legal research regarding response to objection fees. | $315.00 | Non-Compensable |

Dale & Klein requests fees that exceed the value of certain services rendered to Dr. Owsley. For instance, on December 13, 2019, Ms. Klein billed $3,850 for the 11 hours it took to attend a hearing and travel 150 miles. First, the entry is "block-billed,"[10] which precludes a meaningful assessment of its reasonableness. *Gurule*, 2017 WL 6761821, at *4. Second, while not uniformly recognized as unreasonable, billing full hourly rates for travel time is a questionable practice. *Rodriguez*, 517 B.R. at 735 (reviewing cases in which fee awards were reduced for billing travel time at full hourly rates). It is especially difficult to justify charging a full hourly rate for unproductive travel time. *See id.* (finding that a 50% reduction in fees billed for unproductive travel time to be appropriate). Here, Dale & Klein failed to justify the hourly rate charged on account of Ms. Klein's travel. Without justification, the fee request is unreasonable and excessive. A commensurate reduction in fees is appropriate.

Similarly, Dale & Klein's fee requests related to Mr. Owsley's deposition are excessive. An example of this excess is the May 28, 2020 billing entry for the 11 hours Ms. Klein spent preparing for and taking Mr. Owsley's deposition. Dale & Klein requests $3,850.00 on account of this billing entry alone. However, Ms. Klein's conduct at the deposition demonstrates that such an award would be excessive. *See Cenargo Intern.*, 294 B.R. at 596 (noting that ethical

---

[10] "The term 'block billing' refers to the time-keeping method by which each lawyer and legal assistant enters the total daily time spent working on a case, rather than itemizing the time expended on specific tasks." *Gurule v. Land Guardian, Inc.*, 4:15-CV-03487, 2017 WL 6761821, at *4 (S.D. Tex. Oct. 24, 2017), *aff'd*, 912 F.3d 252 (5th Cir. 2018) (quoting *Robinson v. City of Edmond*, 160 F.3d 1275, 1284 n. 9 (10th Cir. 1998)).

considerations may affect the value of the professional services rendered); *see also Temple Ret. Cmty.*, 97 B.R. at 336 (affirming that courts reviewing fee applications should ensure that applicants upheld the "highest ethical standards"). Moreover, at the fee application hearing, it came to light that Dale & Klein was uncompromising in its attempts to depose Mr. Owsley in-person during the early days of the coronavirus pandemic. (Aug. 19, 2020 Hearing at 8:31:00). These facts suggest that the hours expended in pursuit of deposing Mr. Owsley were excessive.

Dale & Klein's billing records disclose an expenditure of at least 28 hours on tasks directly related to Mr. Owsley's six-hour deposition,[11] which covered only a *narrow* array of topics. Not only does Dale & Klein's conduct suggest excess, so too does the discrepancy between the time expended and the benefit secured by the deposition. Court-appointed counsel must be mindful that its role is to aid the debtor in acting in the best interests of the estate. *ICM Notes, Ltd. v. Andrews & Kurth, L.L.P.*, 278 B.R. 117, 124 (S.D. Tex. 2002), *aff'd sub nom. In re ICM Notes Ltd.*, 324 F.3d 768 (5th Cir. 2003). With respect to Mr. Owsley's deposition, it appears Dale & Klein forgot its role, if not abdicated it entirely.

Like its efforts to depose Mr. Owsley, Dale & Klein's efforts to reach an agreement on the form of order modifying the Owsleys' parent-child relationship were excessive. The state court made clear that the parties were to draft a "regular SAPCR order with regular language, your regular conservatorship, your regular child support, transportation, your regular passport language, regular order." (ECF No. 229-20 at 14–16). Despite the clarity of the court's ruling, Dale & Klein's first draft order did not include language required by the Texas Family Code. (ECF No. 229-21 at 84–85). Dale & Klein also waited 12 days from the court's oral ruling to send a draft order to Mr. Owsley's counsel, even though the court directed Dale & Klein to provide a draft

---

[11] Appendix A at Entries 178, 220, 295, 305, 381–82, 403–04, 420, 466, 489, 501, 505–07.

within ten days of the ruling.  (*See* ECF No. 233-3 at 1).  It was not until 18 days after the court's ruling that Dale & Klein sent Mr. Owsley's counsel a draft order containing the language required by the Texas Family Code.  (ECF No. 229-21 at 84–85).  This left just nine days for Mr. Owsley's counsel to review the proposed order, provide comments, and allow the parties to come to an agreement before the draft order was due to the court.  (*See* ECF No. 229-20 at 15).

Inevitably, the parties did not reach an agreement regarding the form of order by the court-mandated deadline.  (*See* ECF No. 233-5 at 45).  This failure meant that the parties had to again appear before the court, where the court attempted to resolve the parties' remaining disagreements.  (*See* ECF No. 233-7 at 7).  Yet the parties continued to go back and forth over the order's provisions, necessitating another hearing and further direction from the court.  (*See* ECF Nos. 233-10 at 1–7, 11, 106, 233-12 at 1).  More than a month after the state court issued its oral ruling, the parties still could not agree on a form of order.  (*See* ECF No. 233-14 at 2).

Dale & Klein expended 49.40 hours attempting to provide the court with an agreeable draft order modifying the Owsleys' parent-child relationship.[12]  This was time expended after Dale & Klein spent more than 70 hours preparing for and attending the trial on Dr. Owsley's petition to modify the parent-child relationship.[13]  Perhaps, given Dale & Klein's own uncompromising interactions with Mr. Owsley and his counsel, it is unsurprising that Dale & Klein spent almost 50 hours attempting to draft a "regular SAPCR" order.  However, with Dale & Klein's claim of expertise and experience, which it used to justify Ms. Klein's hourly rate, (ECF No. 214 at 6), came an expectation that Dale & Klein would rely on that experience to render professional services efficiently.  *See Collida*, 270 B.R. at 214; *see also ICM Notes*, 278 B.R. at 124 (noting

---

[12] Appendix A at Entries 560, 567, 572, 574, 577, 586, 589, 593–600, 602–05, 607–09, 612, 614–15, 617–22, 626, 629, 631–32, 635–641, 645–652, 663–66, 669–71, 673.

[13] *See* Appendix A.

that professional employed by the estate are expected to remain mindful of the necessity of preserving the value of the estate).  Despite this expectation, and consistent with the evidence submitted by the parties and Mr. Dudley's unrebutted testimony before this Court, it appears Dale & Klein failed to work efficiently and professionally in drafting the proposed agreed order.  (*See* August 19, 2020 Hearing at 8:28:30).

The only explanation Dale & Klein offers for its inefficiency is that Mr. Owsley was the uncompromising one.  (ECF No. 216 at 4).  Still, Dale & Klein qualifies this explanation by pointing to Mr. Owsley's actions that necessitated judicial intervention before the state court issued its ruling.  (ECF No. 216 at 4).  This does nothing to explain the workweek of time expended drafting a "regular SAPCR" order after there had been judicial intervention.  Without an explanation, and in light of Dale & Klein's own prior uncompromising conduct, it is appropriate to conclude this expenditure was excessive.  *See La. Power & Light*, 50 F.3d at 324 (holding that a fee applicant must demonstrate the *reasonableness* of the fees incurred).  While litigants' attorneys should zealously advocate for their clients and strive to protect their clients' rights (practices this Court does not intend to chill), Dale & Klein's unprofessional conduct necessarily affects the reasonableness assessment to which Dale & Klein's fee request is subject.  *See APW Enclosure Sys.*, 2007 WL 3112414, at *4 (noting that the quality of an attorney's representation is valued in "hindsight").

Excessive fee entries should be excluded or reduced to ameliorate the excess.  *Cole*, 2020 WL 4577236, at *10.  Rudeness and repetition prolong depositions.  Failing to work diligently and cooperatively with opposing counsel prolongs negotiations.  Based on this Court's observations in open Court, Ms. Klein's inappropriate behavior unnecessarily and excessively expanded the number of hours Dale & Klein billed.  The estate will not bear the excess resulting from Ms.

Klein's unprofessional conduct.  Dale & Klein's excessive fee requests[14] are reduced by 50%.  *See, e.g., In re Skyport Glob. Communications, Inc.*, 450 B.R. 637, 651 (Bankr. S.D. Tex. 2011) (excluding excessive fee entries entirely); *In re Henry S. Miller Com., LLC*, 09-34422-SGJ-11, 2010 WL 4638882, at *1 (Bankr. N.D. Tex. Nov. 8, 2010) (reducing fees by 40% overall due in part to the inclusion of excessive fee requests); *In re Teraforce Tech. Corp.*, 347 B.R. 838, 865 (Bankr. N.D. Tex. 2006) (noting the excessiveness of certain billing entries and reducing fees by roughly 25% overall); *Lopez*, 576 B.R. at 102 (reducing excessive time entries by 25%); *Cole*, 2020 WL 4577236, at *13 (reducing excessive time entries by 25%).  In total, Dale & Klein's fee request is reduced by $9,878.50 on account of excessive billing.

The three billing entries from June 29, 2019 are duplicative.  Dale & Klein's billing records reflect three separate entries from the same day, with the same description, requesting the same amount of fees.  Such entries are blatantly duplicative.  These fee requests, as well as the other duplicative requests identified in Dale & Klein's billing records[15] are disallowed.  *Watkins v. Fordice*, 7 F.3d 453, 457 (5th Cir. 1993) (citing *Hensley*, 461 U.S. at 432) ("[T]he court should exclude all time that is . . . duplicative . . . .").  Accordingly, $2,539.00 in fees is excluded.

Dale & Klein also performed unnecessary work related to a possible appeal.  This work was *not only* unnecessary, it *also* exceeded the scope of work this Court authorized Dale & Klein to perform.  (*See* ECF No. 66 at 2).  Dale & Klein justifies its expenditure of time related to a possible appeal by asserting that Debtor's counsel "discussed the possibility of filing a motion to

---

[14] Appendix A at Entries 178, 220, 295, 305, 381–82, 403–04, 420, 466, 489, 501, 505–07, 509–10, 560, 567, 572, 574, 577, 586, 589, 593–600, 602–05, 607–09, 612, 614–15, 617–22, 626, 629, 631–32, 635–641, 645–652, 663–66, 669–71, 673.

[15] *See* Appendix A at Entries 23–25, 50, 123, 172, 312, 349, 399, 493, 653–59.

expand the role of Dale & Klein . . . in handling an appeal on issues that have been stayed . . . ." (ECF No. 216 at 2).  Dale & Klein never sought such an expansion.

Despite there only being a "possibility" Dale & Klein's role would be expanded to handle a "possible appeal," Dale & Klein billed $10,260.00 for 108.00 hours spent preparing to litigate an appeal that was never commenced.[16]  This prolific expenditure is supported by a single sentence (quoted above) in Dale & Klein's response to Mr. Owsley fee objection, as well as bare billing descriptions similar to the December 22, 2019 example in the above table.  No additional evidence contextualizing, much less justifying this request was offered.

As the applicant, Dale & Klein had to establish the reasonableness and necessity of its fee requests.  *La. Power & Light*, 50 F.3d at 324.  Fees that are not proven to be reasonable or necessary must be excluded.  *Cole*, 2020 WL 4577236, at *13.  Based on the evidenced offered, Dale & Klein failed to establish that the fees related to a "possible appeal" were reasonable and necessary. Essentially, Dale & Klein could not have concluded that its $10,260.00 expenditure was reasonably likely to benefit the estate based on a mere *suggestion* that an appeal might be filed. *See In re Woerner*, 783 F.3d 266, 268 (5th Cir. 2015) (requiring reviewing courts to prospectively consider the reasonableness and necessity of fee requests).  Moreover, Dale & Klein knew its employment was limited to rendering services related "to issues concerning modification of conservatorship, terms of possession and access, and child support in state court."  (ECF No. 66 at 2).  Fees incurred for services not authorized by the Employment Order will be excluded.[17]  *See, e.g., 1002 Gemini*, 2015 WL 913542, at *6–8 (excluding an examiner's fees incurred outside the

---

[16] *See* Appendix A at Entries 243, 247, 252–54, 256, 258–59, 264, 266, 269, 272, 275, 278,280, 297, 299, 301–303.

[17] Dale & Klein billed additional time related to background research for the "possible appeal."  *See* Appendix A at Entries 437, 439, 441–43.  For this time, Dale & Klein will be afforded some leeway as the record suggests that Debtor's bankruptcy counsel may have sought information from Dale & Klein regarding a possible appeal.

scope of the examiner's statutory duties); *accord In re Senior Living Props.*, LLC, 02-34243-SAF-11, 2004 WL 1683147, at *3 (Bankr. N.D. Tex. Apr. 28, 2004) (reducing fees an applicant did not have court authorization to incur but allowing a portion of the requested fees because the work "benefitted the estate");  *In re Cuisine Magazine, Inc.*, 61 B.R. 210, 216 (Bankr. S.D.N.Y. 1986) (citing *In re Futuronics Corp.*, 655 F.2d 463, 470 (2d Cir. 1981)) ("[T]he services rendered by [the applicant] . . . were unauthorized and, thus, not compensable. . . . The fact that such unauthorized services may have been beneficial to the estate is immaterial." (internal citations omitted)).

While not, strictly speaking, "unnecessary," certain fees requested by Dale & Klein are not compensable under *Baker Botts L.L.P. v. ASARCO LLC*, 576 U.S. 121, 135 (2015).  *ASARCO* precludes § 330(a) applicants from recovering fees incurred in defense of a fee application.  *See id.* ("Section 330(a)(1) itself does not authorize the award of fees for defending a fee application, and that is the end of the matter.").  The July 21, 2020 entries in the above table provide a couple examples of non-compensable fees requested by Dale & Klein.  Dale & Klein requests $3,552.50 in fees in violation of *ASARCO*, all of which are excluded.[18]

### 2.   Purely Clerical Fee Requests

Dale & Klein seeks fees for non-compensable clerical work.  Billing full hourly rates for purely clerical tasks is excessive.  Rather, clerical tasks must be billed at a reduced rate.  *Meadows v. Latshaw Drilling Co., LLC*, No. 3:15-CV-1173-N, 2020 WL 291582, at *4 (N.D. Tex. Jan. 21, 2020) (citing *Champion v. ADT Sec. Servs., Inc.*, 2010 WL 4736908, at *6 (E.D. Tex. Nov. 16, 2010)).[19]  Some clerical tasks are not compensable at all and are instead considered unrecoverable

---

[18] Appendix A at Entries 448, 587–88, 672, 676–77, 680–83, 685–87, 689, 694, 699.

[19] Having paralegals perform clerical tasks does not make fees for those tasks compensable.  *See In re Contreras*, No. 16-34693, 2019 WL 1868622, at *3 (Bankr. S.D. Tex. Apr. 25, 2019) ("Just because . . . paralegals [are] performing secretarial work does not make that work compensable.").  Instead, billing paralegal time is appropriate where the paralegal performs legal work.  *In re Garza*, 16-70444, 2020 WL 718444, at *4 (Bankr. S.D. Tex. Feb. 12, 2020).

overhead expenses.  *In re Garza*, 2020 WL 718444, at *4; *see also Meadows,* 2020 WL 291582, at *4 (citing *Carroll v. Sanderson Farms, Inc.*, 2014 WL 549380, at *17–18 (S.D. Tex. Feb. 11, 2014)) ("Clerical duties consist of, among other things, . . . maintaining files, copying, printing, labeling, and emailing documents, and communicating with court staff.").  Writing off non-compensable clerical work is an expectation when it comes to exercising "billing judgment." *Carroll*, 2014 WL 549380, at *16.

The below table offers some examples of non-compensable clerical billing entries.

| Date | Billing Professional | Description | Fees Requested | Reason for Reduction |
|------|---------------------|-------------|----------------|---------------------|
| 7/3/2019 | GO | Forwarded email to client requesting copies of insurance policies. | $9.50 | Clerical |
| 5/27/2020 | UH | Set up drop box for supplemental discovery. | $90.00 | Clerical |
| 9/24/2020 | GO | Download of multiple attachments to correspondence from opposing counsel regarding Respondent's payments as per court's order; forwarded same to client; | $38.00 | Clerical |

These billing entries are exemplary in their requests for non-compensable fees.  The July 3, 2019 and September 24, 2020 entries seek reimbursement for textbook clerical work, not legal services. *See Abrams*, 805 F.2d at 536 (quoting *Johnson*, 488 F.2d at 717) ("In addition, the Court should consider whether the work performed was 'legal work in the strict sense' or was merely clerical work that happened to be performed by a lawyer.").  The May 27, 2020 entry also seeks fees for non-legal, clerical work.  That is, from the description provided, creating the "drop box" did not require specialized legal knowledge.  *See id.*  These fee requests, as well as the other fees requested on account of clerical work[20] are disallowed.  *See Meadows,* 2020 WL 291582, at *4 ("[Clerical]

---

[20] Appendix A at Entries 10, 13, 29, 31, 58, 91, 101, 126, 138, 158, 164, 170, 180, 200, 246, 310, 470, 504, 571, 585, 707, 711, 719.

expenses are unrecoverable overhead, and the Court reduces the lodestar to account for [clerical] expenses.").

Disallowing or reducing fees billed for clerical work is appropriate where an applicant has failed to do so.  *See, e.g., Symetra*, 2015 WL 6739022, at *8 (noting that clerical tasks are generally not compensable and reducing a fee award by 3% on account of clerical work).  Dale & Klein requests a mere $432.00 on account of *purely* clerical billing entries.[21]  Many other clerical billing entries were notably written off.  Still, the $432.00 should not have been requested and is disallowed.  *See id.*; *Alto-Shaam, Inc.*, 2012 WL 12978015, at *7 (reducing fees by 5% overall on account of clerical fee requests).

## C.    Reduction of Inadequately Documented Fees

Vague and "block-billed" time entries do not offer sufficient evidence of their reasonableness and necessity.  *Lopez*, 576 B.R. at 102 (citing *In re Digerati Tech., Inc.*, 537 B.R. 317, 333 (Bankr. S.D. Tex. 2015)).  Vague billing descriptions are those that cannot be "meaningful[ly] review[ed]."  *La. Power & Light*, 50 F.3d at 326 (citing *Leroy v. City of Hous.*, 906 F.2d 1068, 1080 (5th Cir. 1990)).  Similarly, block billing prevents the Court from determining whether the time spent on each individual task was reasonable.  *Gurule*, 2017 WL 6761821, at *4. These types of inadequately documented fee requests do not sufficiently demonstrate the reasonableness or necessity of the time expended.  *Lopez*, 576 B.R. at 102.

Again, a reduction in the fee award is appropriate when the fee request is supported by vague or block-billed time entries.  *Lopez*, 576 B.R. at 102.  This reduction should be commensurate with the egregiousness of the inadequacy in documentation.  *See, e.g., Symetra*,

---

[21] However, compensation is sought for many purely clerical tasks through Dale & Klein's block-billed billing records.  *See, e.g.,* Appendix at Entries 15, 136, 316.

2015 WL 6739022, at *7 (noting that both a 10% reduction and a 40% reduction in block-billed time entries were appropriate reductions based on the egregiousness of the block-billing in each instance).

The table below contains a few examples of Dale & Klein's block billing:

| Date | Billing Professional | Description | Fees Requested | Reason for Reduction |
|------|---------------------|-------------|----------------|---------------------|
| 4/3/2020 | GO | Various attempts to reach court reporter on hearing transcripts; forwarded email to client on same; forwarded to client invoice and link from court reporter on payment for transcripts; forwarded various emails from and to opposing counsel to client; telephone conference with court reporter on transcripts; (2) telephone conferences with Lana with opposing counsel regarding exchange of child and emails between Mr. Dudley and Ms. Cortez on same; copies to client. | 123.50 | Block Billed |
| 5/13/2020 | KPK | Prepare for hearing; schedule hearing; confer regarding Bankruptcy matter & prepare for hearing. | $700.00 | Block Billed |
| 6/24/2020 | GO | Continued working on preparations for trial; worked on trial exhibits; visit with client; forwarded email to Lindsey with Dr. Kit Harrison regarding testimony; forwarded voice message to V. Shuey on respondent records; telephone conference with Marilee with Nueces District Court regarding exhibits; forwarded deposition page lines to opposing counsel; efiled same with court. | $579.50 | Block Billed |

These entries describe multiple tasks without denoting the amount of time spent on each discrete task. This practice is the definition of block billing. *See Geophysical Serv., Inc. v. TGS-NOPEC*

*Geophysical Co.*, CV H-14-1368, 2020 WL 821879, at *11 (S.D. Tex. Feb. 19, 2020) (citing *C & D Prod. Servs. v. Dir., Office of Worker's Comp. Programs*, 376 F. App'x 392, 394 (5th Cir. 2010)). The above examples demonstrate how "block-billed" descriptions prevent the Court from assessing the reasonableness and necessity of fee requests. *See Digerati Techs.*, 537 B.R. at 334. For example, the April 3, 2020 and June 24, 2020 entries contain evidence that clerical tasks were billed for (*e.g.,* "forwarded email to client on same" and "forwarded voice message to V. Shuey on respondent records") when such tasks should have been excluded. Similarly, the May 13, 2020 entry seeks $700.00 in fees for hearing preparation and "confer[ing] regarding Bankruptcy matter." Hearing preparation is a compensable task, but the inclusion of an undisclosed amount of time for conferring (presumably, an interoffice conference) leaves doubt about the reasonableness of the request as a whole. *Lopez*, 576 B.R. at 103 (citing *La. Power & Light*, 50 F.3d at 319) ("The evidence needs to demonstrate that the interoffice conference was reasonable and necessary for the case"). More than 15% of all the fees requested by Dale & Klein are supported by similar block-billed entries.[22]

A commensurate reduction is warranted. Because Dale & Klein exercised some judgment in writing off certain clerical work, a middle-ground reduction of 25% applied to block-billed entries is appropriate. *See Cole*, 2020 WL 4577236, at *13 (citing *Lopez*, 576 B.R. at 102) (reducing vague and redundant entries by 25%); *see also Symetra*, 2015 WL 6739022, at *7; *In re Ritchey*, 512 B.R. 847, 871–72 (Bankr. S.D. Tex. 2014) (reducing fees supported by block-billed descriptions by 75%). This amounts to a disallowance of $5,294.88 in requested fees.

---

[22] *See* Appendix A at Entries 15, 18, 26–27, 33, 37, 40, 45, 47, 51, 55, 68, 74–75, 89, 98, 99, 117, 122, 129, 136, 141, 151, 156, 161–62, 171, 175–77, 187, 192–94, 209, 212, 215, 218–19, 224, 226, 232, 238, 241–42, 263, 268, 274, 280, 286, 307, 314, 316, 319–20, 324, 327, 329, 331, 334–35, 343, 347, 354, 360, 371, 377, 379, 388–89, 394, 399, 405, 418, 423, 439–40, 447, 452, 463, 468–69, 474, 476, 478–79, 481, 483, 492, 517, 528, 530, 534–35, 538, 542, 550, 554, 564, 569, 592, 598, 601, 613, 625, 628, 634, 644, 668, 675, 698.

Aside from its block-billing, Dale & Klein also requests fees for vaguely documented work. These descriptions force the Court to guess about the reasonableness and necessity of the fees requested. *King*, 546 B.R. at 712 (citing *In re Evangeline Ref. Co.*, 890 F.2d 1312, 1326 (5th Cir. 1989) ("The reviewing court should not venture guesses nor undertake extensive investigation to justify a fee for an attorney or trustee who has not done so himself. It is not an overly burdensome task to enlighten the court as to the work undertaken.")). A few exemplary entries are provided in the following table:

| Date | Billing Professional | Description | Fees Requested | Reason for Reduction |
|------|---------------------|-------------|----------------|---------------------|
| 10/21/2019 | KPK | Read email. | $105.00 | Vague |
| 10/31/2019 | KPK | Multiple teleconferences. | $525.00 | Vague |
| 12/17/2019 | KPK | Prepared detailed memo regarding "things to do." | $245.00 | Vague |
| 1/20/2020 | S | Deposition Summaries of Owsley continued. | $760.00 | Vague |

In total, $14,302.50 is requested on account of vaguely documented billing entries.[23] In both the October 21 and 31 entries, Dale & Klein failed to provide sufficient detail to support a fee award on account of this work. Dale & Klein's billing descriptions do not specify who was involved in the teleconferences, who the emails were from, or even how this time related to Dr. Owsley's case. *See, e.g., Digerati Techs*, 537 B.R. at 333 (classifying as "vague" billing entries on account of "conferences" that omitted the conference's subject matter and participants).

The December 17, 2019 entry seeks fees for the preparation of a "detailed memo regarding 'things to do.'" This entry is vague as it does not evidence why Dale & Klein should be awarded $245.00 for a memo regarding the vaguely described subject: "things to do." *See Lopez*, 576 B.R.

---

[23] *See* Appendix A at Entries 20, 22, 36, 71, 78, 86, 106–08, 137, 143–45, 149, 154, 159, 165–66, 196, 221, 231, 260, 276, 281, 287, 289–90, 292, 298, 304, 306, 333, 340, 350, 358, 373–74, 378, 392, 395, 401, 412, 414, 431–32, 436, 484, 490, 515, 518, 523, 543, 547, 557–59, 562, 590, 523, 692, 697, 701, 712, 726.

at 102.  Dale & Klein seeks fees for multiple similar "memos" prepared by Ms. Klein,[24] but nothing in the billing records or Ms. Klein's testimony reveal how these "memos" were used or why they were prepared.  The billing records do suggest the "memos" may have been used as a form of interoffice communication.[25]  Interoffice communications are generally compensable.  *Cole*, 2020 WL 4577236, at *13.  However, fees for unreasonable, inefficient interoffice communications should be written off or reduced.  *See id.*  (reducing fee requests for inefficient interoffice communications); *see also Collida*, 270 B.R. at 214 (noting that the bankruptcy code requires an assessment of a fee applicant's efficiency).  Dale & Klein seeks $7587.50 in fees[26] related to the preparation of "memos" that are not supported by sufficiently detailed billing descriptions.  The Court will not dictate how lawyers are to communicate with their colleagues.  However, Dale & Klein's fee requests for the use and preparation of "memos," which were prepared at full hourly rates, is not reasonable without more justification.

Finally, $4,370.00 is requested for 46 hours spent summarizing certain background documents related to the Owsleys' family law proceeding.[27]  The January 20, 2020 entry is an example of the descriptions given to support these requests.  These entries generally describe what was summarized, but they do not explain why the summaries were necessary or whether the

---

[24] *See, e.g.,* Appendix A at Entries 20, 22, 36, 106, 221, 231, 260, 276, 287, 304, 306, 333, 340, 358, 414, 436, 515, 518, 590, 692.

[25] *Compare* Appendix A at 333 *with* Appendix A at 336.

[26] Some of these fees were disallowed or reduced for reasons other than being supported by vague documentation.

[27] Appendix A at Entries 281, 290, 395, 401, 412, 543, 547.  These entries are differentiated from the disallowed fees related to Dale & Klein's summarization of the appellate record in the Owsleys' case.  The entries reduced for vagueness suggest that they may have been related to Dale & Klein's review of the background of the Owsleys' family law proceeding.

summaries were ever even used by Dale & Klein's professionals.[28]  Without an explanation, the sheer volume of time expended raises efficiency concerns, thereby undermining the reasonableness request.  *See Collida*, 270 B.R. at 214.

Because these fee requests, as well as other vaguely supported fee requests, do not sufficiently demonstrate their reasonableness or necessity, a reduction in fees is appropriate.  *See Lopez*, 576 B.R. at 102 (quoting *Digerati Tech.*, 537 B.R. at 333) ("Time entries that do not provide sufficient detail to determine whether the services described are compensable may be disallowed due to vagueness." (internal quotation marks omitted)).  Dale & Klein's fee requests that are supported by vague billing entries are reduced by 25%.  *See id.*  (reducing fees by 20% on account of vague billing entries); *Cole*, 2020 WL 4577236, at *13 (reducing vague fee requests by 25%); *Rodriguez*, at 736 (reducing vague fee requests by 50%); *Teraforce Tech.*, 347 B.R. at 859 (reducing fee requests for vague billing entries by roughly 15%).  Dale & Klein's fees are reduced by $3,575.62.

### D.    Remaining Fee Requests

Dale & Klein's remaining fee requests were reasonable and necessary.  Given the broad scope of factors relevant to a parent-child relationship modification, Dale & Klein reasonably undertook work that may not have been *directly* related to the parties' family law dispute.  *See, e.g., Holley v. Adams*, 544 S.W.2d 367, 371–72 (Tex. 1976) (enumerating nine factors that bear on whether modification of a parental conservatorship is in the "best interest of the child"); *see*

---

[28] Dale & Klein asserts that it was required to review the "lengthy history" of the Owsleys' divorce so Dale & Klein could protect the rights of Dr. Owsley.  (ECF No. 216 at 4–5).  While reviewing a client's case is of paramount importance, applicants should not spend an excessive amount of time on their review.  *Cf. Cahill*, 428 F.3d at 542 (affirming a finding that an applicant's fee request should be reduced due to "excessive time" spent bringing other lawyers "up to speed" on tasks).  The evidence offered in support of Dale & Klein's fee request demonstrates little to no reliance by Dale & Klein's professionals on these voluminous and costly summaries.

*also, e.g.,* TEX. FAM. CODE ANN. § 154.123(b) (setting out 17 factors that can be considered in awarding child support that is in the "best interest of the child").

For example, Dale & Klein billed for Ms. Klein's attendance at Dr. Owsley's 2004 examination. (ECF No. 202 at 3). During the 2004 examination, Dr. Owsley was questioned about her finances, a topic which directly affected the adjudication of Dr. Owsley's modification action. *See* TEX. FAM. CODE ANN. § 154.123(b)(2), (3) ("(2) the ability of the parents to contribute to the support of the child; (3) any financial resources available for the support of the child . . . ."). Another example is the time Dale & Klein spent determining whether Dr. Owsley's insurance would cover the cost of defending a "malicious prosecution" suit. (ECF No. 216 at 2). Dr. Owsley's responsibility for defense costs would bear directly on her ability to contribute to her children's support. *See* TEX. FAM. CODE ANN. § 154.123(b)(2).

Given the malleable standards governing family law disputes, and the vast array of factors bearing on those standards, Dale & Klein reasonably and necessarily incurred fees for tasks related to those factors.

### E.    Reasonableness of the Hourly Rates Charged

When taken out of context, Dale & Klein's hourly rates appear reasonable. Under the lodestar method, the reasonableness of a professional's hourly rate is determined in light of the prevailing hourly rates within the community in which the professional practices. *Cahill*, 428 F.3d at 539. In this case, "professional" is the operative word. Ms. Klein's conduct was less than professional, thereby warranting a reduction in her hourly rate. *Devers*, 12 B.R. at 142 ("Unethical conduct on the part of an attorney in many cases will lessen the value of services to a client.").

In its employment application, Dale & Klein disclosed its hourly rates. (ECF No. 45 at 3). Mr. Owsley objected to the application but did not take issue with Dale & Klein's hourly rates.

(*See* ECF No. 51).  Nor did Mr. Owsley object to Dale & Klein's hourly rates in opposition to Dale & Klein's fee application.  (*See* ECF No. 202).  Dale & Klein's rates were approved as reasonable rates prevailing in the community under 11 U.S.C. § 328(a).  (*See* ECF No. 66).

Dale & Klein charged $350 per hour for the work of Ms. Klein, $300 per hour for work done by partners, $225 per hour for the work of associates, and $95 per hour for legal assistants' work.  While Dale & Klein offered little evidence to establish the reasonableness of its hourly rates, that evidence is mostly uncontroverted.  Based on authority in southeastern Texas, most of Dale & Klein's rates were reasonable.  *See Coffman v. Coffman*, 13-12-00303-CV, 2014 WL 7465596, at *5 (Tex. App.—Corpus Christi Dec. 30, 2014, no pet.) (approving a fee request for fees billed at $350 per hour); *Alamo Country Club Owners Ass'n v. Shelton*, 13-10-00300-CV, 2012 WL 3792753, at *26 (Tex. App.—Corpus Christi Aug. 31, 2012, no pet.) (acknowledging that testimony regarding $325 per hour being a reasonable hourly rate for an experienced family law practitioner was uncontroverted).

However, the community expects lawyers to charge rates reflecting the value of *professional* representation.  Ms. Klein's failure to adhere to the professional standard of representation prevailing in her community arose after the Court approved Dale & Klein's rates under § 328(a).  Section 328(a) provides:

> [N]otwithstanding such terms and conditions, *the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment*, if such terms and conditions *prove to have been improvident* in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

11 U.S.C. § 328(a) (emphasis added).  Ms. Klein's inability or unwillingness to act professionally reflects that her hourly rate should be reduced to a rate below the previously approved community rate.  § 328(a); *see also In re Magna Cum Latte Inc.*, 07-31814, 2008 WL 2047937, at *8 (Bankr.

S.D. Tex. May 9, 2008) (considering the quality of a fee applicant's representation in determining whether its hourly rates were reasonable).  Ms. Klein's allowed hourly rate is reduced to $300.00 per hour.  *Ritchey*, 512 B.R. at 868 (quoting *In re Weaver*, No. 13–10–12204 JA, 2011 WL 867136, at *3 (Bankr. D.N.M. Mar. 11, 2011)) ("The Court has discretion to determine a reasonable hourly rate and can rely on its own experience and knowledge of customary hourly rates in deciding a reasonable hourly rate." (internal quotation marks omitted)).  After this reduction, Dale & Klein may recover $45,345.00 for Ms. Klein's work (a $7,547.50 reduction overall).[29]

## III.   REASONABLE AND NECESSARY EXPENSES

Dale & Klein seeks $1,607.79 for reasonable and necessary expenses.  Generally, applicants may be reimbursed for filings fees, copies, and mailings.  *Cole*, 2020 WL 4577236, at *16 (citing *In re Ahmadi*, 17-34134, 2018 WL 6523094, at *5 (Bankr. S.D. Tex. Dec. 10, 2018)).  Most of Dale & Klein's expenses are for photocopies.  (*See* ECF Nos. 220-1 at 9–12, 26–29, 57–60, 63–64; 297-3 at 6).  Dale & Klein also requests reimbursement for filing fees and postage.  (*See, e.g.,* ECF Nos. 220-1 at 9, 26, 28–29, 49–50, 57, 59; 297-3 at 6).  Finally, Dale & Klein seeks reimbursement for court reporting costs.  (ECF Nos. 220-1 at 57; 297-3 at 6).  Mr. Owsley did not object to any expenses for which Dale & Klein seeks reimbursement.  (*See* ECF No. 202).[30]  All of Dale & Klein's expenses are reimbursable.  *Ahmadi*, 2018 WL 6523094, at *5.  Dale & Klein is awarded $1,607.79 for its reasonable and necessary expenses.  *See* 11 U.S.C. § 330(a)(1)(B).

---

[29] After other deductions, Dale & Klein would be awarded $52,832.50 in fees for work performed by Ms. Klein billed at $350 per hour (Dale & Klein billed 0.2 hours of Ms. Klein's work at $300 per hour).  This amounts to 150.95 hours billed at $350 per hour.  Thus, at $300 per hour, Ms. Klein's work amounted to $45,345.00 in professional fees (including the lone 0.2 hours billed at $300 per hour).

[30] Mr. Owsley does object to the expense of hiring Dr. Kit Harrison as an expert witness.  (ECF No. 202 at 7).  Dale & Klein does not seek reimbursement for this expense.  Presently, the properness of Dr. Harrison's employment is not before the Court.

**IV.    SUMMARY OF ALLOWED AND DISALLOWED FEES AND EXPENSES**

The table below illustrates the allowances and disallowances in Dale & Klein's fees and expenses.

| Requested Fees & Expenses | Amount | Subtotal | Total |
|---|---|---|---|
| **Fees** | | | |
| Requested | $ 128,123.14 | | |
| | | $ 128,123.14 | |
| **Less** | | | |
| Unsupported Fees | $ 481.64 | | |
| Unauthorized Fees | $ 1,995.00 | | |
| Excessive Fees | $ 9,878.50 | | |
| Duplicative Fees | $ 2,539.00 | | |
| Unnecessary Fees | $ 10,260.00 | | |
| Non-Compensable Fees | $ 3,552.50 | | |
| Clerical Fees | $ 432.00 | | |
| Block-Billed Fees | $ 5,294.88 | | |
| Vague Fees | $ 3,575.62 | | |
| Reduction in KPK's Rate | $7,547.50 | | |
| | | $ 45,556.64 | |
| | | | **$ 82,566.50** |
| | | | |
| **Expenses** | | | |
| Requested | $ 1,607.79 | | |
| | | $ 1,607.79 | |
| **Less** | $ 0.00 | | |
| | | | **$ 1,607.79** |
| | | | |
| **Allowed Fees & Expenses** | | | **$ 84,164.29** |

**CONCLUSION**

Dale & Klein is awarded $82,566.50 in fees and $1,607.79 in expenses.  Dale & Klein received a security retainer of $15,000.00 and was also awarded $25,000.00 in attorneys' fees, to be paid by Mr. Owsley, by the state court.  (*See* ECF No. 297 at 5).  The estate is responsible for the remaining $42,566.50 in professional fees, as well as the $1,607.79 in expenses.  A separate Order will be issued.

SIGNED 04/05/2021

Marvin Isgur
United States Bankruptcy Judge

Appendix A

| Glossary | | |
|---|---|---|
| | BB | Block-Billed entries, reduced by 25%. |
| | E | Excessive entries, reduced by 50%. |
| | UN/D | Unnecessary work, allowed at $0.00. |
| | C/NC | Clerical or other non-compensable work, allowed at $0.00. |
| | V | Vague, reduced by 25%. |
| | UA | Unauthorized work, allowed at $0.00. |
| | A | Allowed in full. |

| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/7/2019 | KPK | Conference with Dr. Jimmie Owsley, PNC | $ 350.00 | 1.50 | $525.00 | $0.00 | $525.00 | UA |
| 2 | 6/8/2019 | KPK | Work on memo regarding meeting with Dr. Owsley. | $ 350.00 | 1.00 | $350.00 | $0.00 | $350.00 | UA |
| 3 | 6/9/2019 | KPK | Complete memo regarding June 7th meeting with Dr. Owsley. | $ 350.00 | 1.00 | $350.00 | $0.00 | $350.00 | UA |
| 4 | 6/11/2019 | KPK | Confer with Fernando Mancias | $ 350.00 | 0.40 | $140.00 | $0.00 | $140.00 | UA |
| 5 | 6/12/2019 | KPK | Confer regarding documents needed. | $ 350.00 | 0.20 | $70.00 | $0.00 | $70.00 | UA |
| 6 | 6/12/2019 | KPK | Confer regarding status of attorney-client | $ 350.00 | 0.20 | $70.00 | $0.00 | $70.00 | UA |
| 7 | 6/13/2019 | KPK | Confer with Catherine Curtis & Tom Rice. | $ 350.00 | 0.80 | $280.00 | $0.00 | $280.00 | UA |
| 8 | 6/13/2019 | KPK | Review documents & prepare memo regarding same. | $ 350.00 | 0.60 | $210.00 | $0.00 | $210.00 | UA |
| 9 | 6/17/2019 | KPK | Follow up regarding status. | $ 350.00 | 0.10 | $35.00 | $35.00 | $0.00 | A |
| 10 | 6/19/2019 | GO | Forwarded message to Ms. Curtis regarding approval from bankruptcy court. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 11 | 6/24/2019 | GO | Scan and print of documents provided by client. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 12 | 6/24/2019 | KPK | Confer regarding filing Designation & contacting co-counsel. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 13 | 6/25/2019 | GO | Forwarded Client Contract to Ms. Curtis; copy to client. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 14 | 6/26/2019 | GO | Confer with attorney regarding lead representation, copy of file and telephonic conference between attorneys. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 15 | 6/26/2019 | GO | Telephone conference with client regarding lead representation; memo on same; forwarded voice message to Catherine Curtis on telephonic conference between attorneys; telephone conference with Mary Ann with Mr. Rice's office on same. | $ 95.00 | 0.90 | $85.50 | $64.13 | $21.37 | BB |
| 16 | 6/26/2019 | KPK | Confer regarding Designation. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 17 | 6/27/2019 | GO | Review of documents provided by client; confer with attorney on same, No charge. | $ - | 0.80 | $0.00 | $0.00 | $0.00 | A |
| 18 | 6/27/2019 | GO | Telephone conference with Janie with Thomas Rice regarding lead representation and copy of file; research for records through Nueces County, | $ 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |
| 19 | 6/27/2019 | KPK | Conference call with C. Curtis and T. Rice. | $ 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 20 | 6/29/2019 | KPK | Memo regarding "things to do." | $ 350.00 | 1.00 | $350.00 | $262.50 | $87.50 | V |
| 21 | 6/29/2019 | KPK | Correspondence to Christine Cortez. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 22 | 6/29/2019 | KPK | Prepared memo regarding conference call. | $ 350.00 | 0.40 | $140.00 | $105.00 | $35.00 | V |
| 23 | 6/29/2019 | KPK | Memo regarding "things to do." | $ 350.00 | 1.00 | $350.00 | $0.00 | $350.00 | UN/D see 20 |
| 24 | 6/29/2019 | KPK | Draft correspondence to Christine Cortez. | $ 350.00 | 0.30 | $105.00 | $0.00 | $105.00 | UN/D see 21 |
| 25 | 6/29/2019 | KPK | Memo regarding conference call. | $ 350.00 | 0.40 | $140.00 | $0.00 | $140.00 | UN/D see 22 |
| 26 | 7/2/2019 | DPS | Teleconference with Amber Fly regarding contract attorney-client contract; emails to & from Ms. Fly; email correspondence to Amber Fly attaching our contract. | $ 95.00 | 0.50 | $47.50 | $35.63 | $11.87 | BB |
| 27 | 7/2/2019 | DPS | Teleconference with Christine Cortez's office regarding appointment of Amicus Attorney; finalized & sent letter to Ms. Cortez requesting teleconference. | $ 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |
| 28 | 7/3/2019 | GO | Review of memo on things to do; confer with attorney regarding same. No charge, | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 29 | 7/3/2019 | GO | Forwarded email to client requesting copies of insurance policies. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 30 | 7/5/2019 | GO | Confer with attorney regarding affidavit in support of application; print and scan of bankruptcy documents received from Ms. Fly. No charge. | $ - | 0.60 | $0.00 | $0.00 | $0.00 | A |
| 31 | 7/5/2019 | GO | Forwarded email to Amber Fly regarding forms on bankruptcy matter; copy to client; forwarded email to Ms. Fly on affidavit in support of application; forwarded executed affidavit to Ms. Fly; copy to client. | $ 95.00 | 0.30 | $28.50 | $0.00 | $28.50 | C/NC |
| 32 | 7/8/2019 | GO | Conferences with attorney regarding State orders, telephonic access, and treatment for daughter, No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. |
|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. |
| | | UN/D | Unnecessary work, allowed at $0.00. |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. |
| | | V | Vague, reduced by 25%. |
| | | UA | Unauthorized work, allowed at $0.00. |
| | | A | Allowed in full. |

| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 7/8/2019 | GO | Forwarded to client email received from Amber Fly regarding State ordres on Nevada property; review of orders; reply to email from Ms. Amber; copy to client; forwarded orders to Ms. Fly; copy to client; forwarded to client correspondence regarding telephonic access and treatment for daughter; revised and forwarded correspondence to Ms, Cortez regarding same; revised and forwarded correspondence to Mr. Dudley regarding telephonic access and treatment for daughter; copies to client. | $ 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |
| 34 | 7/8/2019 | KPK | Prepare three letters to Cortez, Dudley, and client. | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 35 | 7/9/2019 | KPK | Read Order regarding Las Vegas home. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 36 | 7/9/2019 | KPK | Read email & memo regarding Appearance. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 37 | 7/10/2019 | GO | Reply to email from client regarding telephonic access; forwarded email to Mr. Dudley on same; copy to client; prepared Notice of Appearance of Counsel and Designation of Lead Cotmsel; copy to client. | $ 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 38 | 7/11/2019 | GO | Confer with attorney regarding bankruptcy hearings and meetings. No charge, | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 39 | 7/11/2019 | GO | Review, print and scan of various emails from client, No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 40 | 7/11/2019 | GO | Revised and efiled Notice of Appearance of Counsel and Designation of Lead of Counsel; copies to client; forwarded to client Notice of Intent to Travel; reply to email from client on telephonic access. | $ 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 41 | 7/16/2019 | GO | Confer with attorney regarding hearing setting. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 42 | 7/16/2019 | GO | Attempts to contact 319th court coordinator for hearing setting; telephone conference with client. | $ 95.00 | 0.30 | $28.50 | $28.50 | $0.00 | A |
| 43 | 7/16/2019 | KPK | Confer regarding setting & status. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 44 | 7/17/2019 | GO | Confer with attorney regarding Records from Dr. Quoc-Hung Tran. No charge. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 45 | 7/17/2019 | GO | Telephone conference with Sandra with 319th Nueces District Court on hearing setting; attempts to contact Marilee Roberts on same; reply to emails from client. | $ 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 46 | 7/18/2019 | GO | Confer with attorney regarding medical records and hearing setting. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 47 | 7/18/2019 | GO | Various attempts to contact scheduling coordinator for hearing setting; telephoneconference with coordinator; forwarded email to Mary Ann with Mr. Rice regarding creditor's meeting; telephone conference with client regarding treatment for Elizabeth; forwarded settlement offer received from opposing counsel to client; forwarded correspondence to client on same. | $ 95.00 | 0.70 | $66.50 | $49.88 | $16.62 | BB |
| 48 | 7/18/2019 | UH | Reviewed correspondence from client. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 49 | 7/18/2019 | KPK | Read settlement offer from B. Dudley. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 50 | 7/18/2019 | KPK | Read settlement letter & correspondence to client. | $ 350.00 | 0.40 | $140.00 | $0.00 | $140.00 | UN/D see 49 |
| 51 | 7/19/2019 | GO | Prepared and forwarded to client affidavit for business medical records for Dr. Quoc-Hung Tran for client to obtain records; reply to email from client regarding rescheduling of hearing | $ 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 52 | 7/20/2019 | KPK | Read emails from client. | $ 350.00 | 0.60 | $210.00 | $210.00 | $0.00 | A |
| 53 | 7/21/2019 | KPK | Respond to email from client; email to R. Orsinger & read email from Orsinger & respond. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 54 | 7/22/2019 | GO | Read client's email on counter-offer. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 55 | 7/22/2019 | GO | Prepared and forwarded correspondence to counsel regarding copy of file; copy to cliet and amicus attorney; forwarded to client email received from Mr. Orsinger regarding appeal; prepared correspondence to Mr. Dudley regarding children's school; copy to client and amicus attorney; reply to email from client regarding counter-offer. | $ 95.00 | 0.70 | $66.50 | $49.88 | $16.62 | BB |
| 56 | 7/22/2019 | KPK | Confer with R. Orninger regarding Bankruptcy Stay, | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 57 | 7/23/2019 | GO | Confer with attorney regarding file; review of email from Mary Ann with Mr. Rice regarding bankruptcy code, No charge | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | |
| | | V | Vague, reduced by 25%. | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | |
| | | A | Allowed in full. | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 58 | 7/23/2019 | GO | Forwarded email to MaryAnn with Mr. Rice regarding bankruptcy code. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 59 | 7/23/2019 | KPK | Read correspondence from Bankruptcy counsel. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 60 | 7/24/2019 | GO | Confer with attorney regarding teleconference between attorneys and regarding copy of file. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 61 | 7/24/2019 | GO | Telephone conference with Mr. Rice's office setting up teleconference between attorneys. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 62 | 7/25/2019 | GO | Forwarded email to Mary Ann with Mr. Rice regarding teleconference between counsel. N/C | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 63 | 7/25/2019 | GO | Confer with attorney regarding teleconference with Mr. Rice. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 64 | 7/25/2019 | UH | Reviewed prior motion & sent bankruptcy code to Mrs. Klein. N/C | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 65 | 7/25/2019 | UH | Converted Motion for Temporary Orders to editable format. N/C | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 66 | 7/25/2019 | KPK | Teleconference with Tom Rice. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 67 | 7/25/2019 | KPK | Correspondence to Judge Rincones. | $ 350.00 | 0.70 | $245.00 | $245.00 | $0.00 | A |
| 68 | 7/26/2019 | GO | Prepared order setting hearing; revised first amended motion for temporary orders and request for injunction; efiled motion and order; copy to client. | $ 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 69 | 7/26/2019 | UH | Drafted Amended Motion for Temporary Orders. | $ 225.00 | 0.50 | $112.50 | $112.50 | $0.00 | A |
| 70 | 7/26/2019 | UH | Revised Amended Motion for Temporary Orders. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 71 | 7/27/2019 | KPK | Read emails & review photos & respond. | $ 350.00 | 0.80 | $280.00 | $210.00 | $70.00 | V |
| 72 | 7/29/2019 | UH | Reviewed emails from client. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 73 | 7/29/2019 | KPK | Correspondence to Christin Cortez; revise correspondence to Judge Rincones. | $ 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 74 | 7/30/2019 | GO | Telephone conference with Janie with Jay Wright's office on copy of client's file, forwarded to client correspondence received from William. Dudley regarding temporary orders setting; revised and forwarded correspondence to client; copy to Mr. Gonzalez. | $ 95.00 | 0.50 | $47.50 | $35.63 | $11.87 | BB |
| 75 | 7/30/2019 | KPK | Read correspondence from Bill Dudley; prepare memo regarding things to do; prepare correspondence to client. | $ 350.00 | 1.00 | $350.00 | $262.50 | $87.50 | BB |
| 76 | 7/30/2019 | KPK | Read emails from client. | $ 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 77 | 7/31/2019 | GO | Forwarded email to Mary Ann with Mr. Rice regarding status of citation to motion. To modify; copy to client. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 78 | 8/4/2019 | KPK | Read email & respond. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 79 | 8/6/2019 | KPK | Read email regarding service effectuated. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 80 | 8/7/2019 | KPK | Read emails regarding hearing and issues. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 81 | 8/13/2019 | GO | Review of Brian Owsley's Declaration and Objection to Employ Dale & Klein, No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 82 | 8/13/2019 | GO | Reply to email from Catherine Curtis Regarding 2004 Examination by Brian Owsley; copy to client. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 83 | 8/14/2019 | GO | Review of emails received from client and attorneys. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 84 | 8/14/2019 | KPK | Email to C. Curtis. | $ 350.00 | 0.10 | $35.00 | $35.00 | $0.00 | A |
| 85 | 8/23/2019 | GO | Print copy of client file received from Jay Wright's office for attorney review. No charge. | $ - | 0.70 | $0.00 | $0.00 | $0.00 | A |
| 86 | 8/23/2019 | KPK | Read email. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 87 | 8/25/2019 | KPK | Read email from client. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 88 | 8/26/2019 | KPK | Conference call with counsel &b client. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 89 | 8/28/2019 | GO | Telephone conference with bankruptcy court on 2014 Examination; forwarded emails to Mary Ann with Thomas Rice on same for telephonic appearance on examination. | $ 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 90 | 8/29/2019 | UH | Reviewed emails & teleconference to Catherine Stone Curtis. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 91 | 8/30/2019 | GO | Forwarded to client Notice of Appearance of Brian Owsley, | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 92 | 8/30/2019 | UH | Reviewed reimbursement documents. | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 93 | 8/30/2019 | UH | Reviewed preliminary memorandum of 2004 Hearing | $ 225.00 | 0.40 | $90.00 | $90.00 | $0.00 | A |
| 94 | 8/30/2019 | KPK | Attend 2004 Examination by teleconference | $ 350.00 | 5.50 | $1,925.00 | $1,925.00 | $0.00 | A |
| 95 | 9/3/2019 | GO | Confer with attorney regarding telephonic status conference. No charge, | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 96 | 9/3/2019 | UH | Email correspondence to Catherine Curtis; reviewed email from MaryAnn Villa. | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 97 | 9/3/2019 | KPK | Bankruptcy hearing. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 98 | 9/4/2019 | UH | Revised Order Approving and sent to opposing counsel; made additional revisions; correspondence with opposing. | $ 225.00 | 0.60 | $135.00 | $101.25 | $33.75 | BB |
| 99 | 9/5/2019 | UH | Sent Order to Bankruptcy attorney; teleconference from bankruptcy attorney. | $ 225.00 | 0.30 | $67.50 | $50.63 | $16.87 | BB |
| 100 | 9/5/2019 | UH | Prepared revisions to proposed Order. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 101 | 9/6/2019 | GO | Forwarded information on 2004 Examination to Ms. Curtis; copy to client. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 102 | 9/6/2019 | KPK | Teleconference with Catherine Curtis. | $ 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 103 | 9/7/2019 | DPS | Review file; teleconference with client regarding teleconference with Mrs. Klein on Sept. 7th. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 104 | 9/7/2019 | KPK | Teleconference with client. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 105 | 9/7/2019 | KPK | Review Bankruptcy Order. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 106 | 9/7/2019 | KPK | Memo regarding teleconference with client & "things to do." | $ 350.00 | 0.50 | $175.00 | $131.25 | $43.75 | V |

|  | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|--|--|--|--|--|--|--|--|--|--|
|  |  | E | Excessive entries, reduced by 50%. | | | | | | |
|  |  | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
|  |  | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
|  |  | V | Vague, reduced by 25%. | | | | | | |
|  |  | UA | Unauthorized work, allowed at $0.00. | | | | | | |
|  |  | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|--|--|--|--|--|--|--|--|--|--|
| 107 | 9/7/2019 | KPK | Read emails. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 108 | 9/7/2019 | KPK | Review Request for Reimbursement. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 109 | 9/9/2019 | GO | Forwarded to client order approving Date & Klein employment signed by Judge. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 110 | 9/9/2019 | KPK | Confer with client regarding status. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 111 | 9/11/2019 | GO | Efiled First Amended Petition to Modify Parent-Child Relationship; copy to client. | $ 95.00 | 0.30 | $28.50 | $28.50 | $0.00 | A |
| 112 | 9/11/2019 | UH | Reviewed Memorandum & drafted Motion for Child Custody Evaluation. | $ 225.00 | 0.60 | $135.00 | $135.00 | $0.00 | A |
| 113 | 9/11/2019 | UH | Prepared outgoing discovery. | $ 225.00 | 0.90 | $202.50 | $202.50 | $0.00 | A |
| 114 | 9/11/2019 | UH | Drafted & revised I st Amended Petition. | $ 225.00 | 1.00 | $225.00 | $225.00 | $0.00 | A |
| 115 | 9/11/2019 | KPK | Revise Petition to Modify; work on Discovery. | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 116 | 9/12/2019 | GO | Confer with attorney regarding children's weekend visitations and discovery requests to Mr. Owsley. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 117 | 9/12/2019 | GO | Worked on motion for enforcement of medical reimbursement; forwarded correspondence to client regarding children's weekend visits; copy to Mr. Orsinger and Mr. Gonzalez; worked on revisions to discovery requests to Mr. Owsley. | $ 95.00 | 1.00 | $95.00 | $71.25 | $23.75 | BB |
| 118 | 9/12/2019 | UH | Review of file, docket and Order. | $ 225.00 | 0.90 | $202.50 | $202.50 | $0.00 | A |
| 119 | 9/12/2019 | UH | Reviewed & signed out going discovery. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 120 | 9/12/2019 | KPK | Correspondence to client & review of visitation Orders. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 121 | 9/12/2019 | KPK | Prepare interrogatories. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 122 | 9/13/2019 | GO | Forwarded email to client regarding transportation on chIldren's weekend visitations; prepared order to appear and order setting hearing on enforcement motion; revised, finalized and forwarded discovery requests to respondent; prepared and efiled certificate of written discovery; copies to client. | $ 95.00 | 1.70 | $161.50 | $121.25 | $40.25 | BB |
| 123 | 9/13/2019 | UH | Reviewed signed outgoing discovery. | $ 225.00 | 0.20 | $45.00 | $0.00 | $45.00 | UN/D see 119 |
| 124 | 9/13/2019 | KPK | Teleconference with Catherine Curtis. | $ 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 125 | 9/18/2019 | GO | Confer with attorney regarding hearing setting; forwarded to attorney correspondence received from court on same. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 126 | 9/18/2019 | GO | Finalized and forwarded correspondence to client regarding offer on Las Vegas property; copy to Mr. Gonzalez. | $ 95.00 | 0.20 | $19.00 | $0.00 | $19.00 | C/NC |
| 127 | 9/19/2019 | GO | Reply to email from court reporter regarding hearing setting; copy to client. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 128 | 9/20/2019 | GO | Confer with attorney regarding setting case for trial. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 129 | 9/20/2019 | GO | Research through court's docket regarding February 8, 2019 hearing: telephone conference with court reporter regarding hearing transcript: prepared and forwarded request for hearing transcript to court reporter Esther Natividad; copy to client; prepared and efiled Motion for Docket Control Conference and Order; copy to client. | $ 95.00 | 1.70 | $161.50 | $121.25 | $40.25 | BB |
| 130 | 9/26/2019 | GO | Efiled Second Amended Petition to Modify Parent-Child Relationship. | $ 95.00 | 0.30 | $28.50 | $28.50 | $0.00 | A |
| 131 | 9/26/2019 | UH | Drafted 2nd Amended Petition. | $ 225.00 | 0.40 | $90.00 | $90.00 | $0.00 | A |
| 132 | 9/26/2019 | UH | Prepared revisions to 2nd Amended Petition. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 133 | 9/26/2019 | KPK | Revise Second Amended Motion. | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 134 | 10/3/2019 | GO | Confer with attorey regarding extension on discovery responses, No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 135 | 10/3/2019 | GO | Confer with attorney regarding hearing setting, No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |

|  | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | E | Excessive entries, reduced by 50%. | | | | | | |
|  |  | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
|  |  | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
|  |  | V | Vague, reduced by 25%. | | | | | | |
|  |  | UA | Unauthorized work, allowed at $0.00. | | | | | | |
|  |  | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 136 | 10/3/2019 | GO | Telephone conference with opposing counsel regarding extension on discovery responses; prepared memo on same; reply to email from Lindsey with Dr. Harrison regarding order on parental rights; review of Final Decree for same; forwarded decree to Dr. Harrison; copy to client. | $ 95.00 | 0.50 | $47.50 | $35.63 | $11.87 | BB |
| 137 | 10/3/2019 | KPK | Read memo & confer regarding discovery extension. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 138 | 10/4/2019 | GO | Forwarded email to opposing counsel regarding discovery response deadline extension; forwarded email to client regarding hearing setting status. | $ 95.00 | 0.20 | $19.00 | $0.00 | $19.00 | C/NC |
| 139 | 10/7/2019 | GO | Reply to email from client regarding respondent's discovery responses. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 140 | 10/15/2019 | GO | Telephone conference with Lana with William Dudley regarding Rule 11 Agreement; forwarded executed Rule 11 Agreement to Mr. Dudley. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 141 | 10/18/2019 | GO | Various telephone conferences with Catherine Curtis regarding final decree of divorce and order regarding equity interest on property; forwarded to Ms. Curtis copy of final decree of divorce; copy to client; telephone conference with Mary Ann regarding same; forwarded final decree to Mary Ann. | $ 95.00 | 1.30 | $123.50 | $92.63 | $30.87 | BB |
| 142 | 10/18/2019 | KPK | Receive communication from Dudley re possession & plane flight; confer with client. | $ 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 143 | 10/19/2019 | KPK | Multiple communications regarding visitation issues. | $ 350.00 | 0.50 | $175.00 | $131.25 | $43.75 | V |
| 144 | 10/20/2019 | KPK | Confer regarding flights & children. | $ 350.00 | 0.40 | $140.00 | $105.00 | $35.00 | V |
| 145 | 10/20/2019 | KPK | Read emails. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 146 | 10/21/2019 | GO | (2) Telephone conferences with Nueces County Court Administrator regarding hearing setting; prepared memo on same. | $ 95.00 | 0.90 | $85.50 | $85.50 | $0.00 | A |
| 147 | 10/21/2019 | KPK | Follow up on setting. | $ 350.00 | 0.10 | $35.00 | $35.00 | $0.00 | A |
| 148 | 10/21/2019 | KPK | Teleconference with client regarding transportation, setting & Brankruptcy Court. | $ 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 149 | 10/21/2019 | KPK | Read email. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 150 | 10/22/2019 | GO | Confer with attorney regarding questions to client from Richard Orsinger; research on same. No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 151 | 10/22/2019 | GO | Nueces County Court Administrator regarding hearing setting; review of memo on same; forwarded draft to attorney for review; forwarded request for temporary injunction to attorney for same. | $ 95.00 | 0.70 | $66.50 | $49.88 | $16.62 | BB |
| 152 | 10/22/2019 | KPK | Confer with client regarding potential bill of review. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 153 | 10/22/2019 | KPK | Receive communication from client. | $ 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 154 | 10/22/2019 | KPK | Work on setting. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 155 | 10/23/2019 | GO | Confer with attorney regarding hearing setting. No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 156 | 10/23/2019 | GO | Revised and forwarded correspondence to Nueces County Court Administrator; copy to Cameron County court administrator; forwarded to client Brian Owsley's responses to discovery requests, correspondences from opposing counsel regarding hearing and children's Christmas trip, and regarding Las Vegas property and bankruptcy matter. | $ 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |
| 157 | 10/24/2019 | GO | Review of emails from client. No charge | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 158 | 10/24/2019 | GO | Forwarded various emails to attorney for review regarding Las Vegas property, children's Christmas trip and client's comments on discovery responses from opposing party. | $ 95.00 | 0.30 | $28.50 | $0.00 | $28.50 | C/NC |
| 159 | 10/24/2019 | KPK | Read email. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 160 | 10/25/2019 | GO | Confer with attorney regarding hearing setting and notice of attorney vacation, No charge. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 161 | 10/25/2019 | GO | Attempts to contact court reporter for Judge Rincones on hearing setting; (2) telephone conferences with court reporter; prepared and efiled Notice of Attorney Vacation, | $ 95.00 | 1.20 | $114.00 | $85.50 | $28.50 | BB |
| 162 | 10/28/2019 | GO | Forwarded email to client regarding show cause order; telephone conference with court administrator for Judge Rincones on hearing setting; prepared memo; forwarded to client hearing notice from Nueces County. | $ 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 163 | 10/28/2019 | KPK | Confer with Catherine Curtis & correspondence to client. | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 164 | 10/29/2019 | GO | Forwarded to client Notice of Attorney Vacation filed with Court. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 165 | 10/31/2019 | UH | Case history research | $ 225.00 | 0.60 | $135.00 | $101.25 | $33.75 | V |
| 166 | 10/31/2019 | KPK | Multiple teleconferences. | $ 350.00 | 1.50 | $525.00 | $393.75 | $131.25 | V |
| 167 | 11/1/2019 | KPK | Email to client. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 168 | 11/3/2019 | KPK | Prepare Requests for Admissions; confer with client. | $ 350.00 | 1.50 | $525.00 | $525.00 | $0.00 | A |
| 169 | 11/4/2019 | GO | Review of Florida traffic crash report. No charge. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 170 | 11/6/2019 | GO | Forwarded corresponclence to Ruben Bonilla regarding malicious prosecution; copy to client. | $ 95.00 | 0.20 | $19.00 | $0.00 | $19.00 | C/NC |
| 171 | 11/6/2019 | WMJ | Review home renewal documents from Farmers Insurance; review evidence of insurance for mortgage/other interests; prepare notice of claim letters to Farmers Insurance & requesting a defense. | $ 300.00 | 1.50 | $450.00 | $337.50 | $112.50 | BB |
| 172 | 11/7/2019 | WMJ | Review Home Renewal documents from Farmers Insurance; review Evidence of Insurance for Mortgage/other interests; prepare notice of claim letter to Farmers Insurance & requesting a defense. | $ 300.00 | 1.50 | $450.00 | $0.00 | $450.00 | UN/D see 171 |
| 173 | 11/11/2019 | GO | Worked on requests for admissions to respondent. | $ 95.00 | 0.40 | $38.00 | $38.00 | $0.00 | A |
| 174 | 11/11/2019 | KPK | Email to client regarding setting in December. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 175 | 11/12/2019 | GO | Continued working on requests for admissions; eserved requests; copy to client; reply to email from client on same, | $ 95.00 | 0.70 | $66.50 | $49.88 | $16.62 | BB |
| 176 | 11/13/2019 | KPK | Confer with Catherine Curtis & confer with client; memo regarding discovery. | $ 350.00 | 0.80 | $280.00 | $210.00 | $70.00 | BB |
| 177 | 11/14/2019 | GO | Telephone conferences with Christina with Farmers Insurance regarding filing of new claim; prepared memo on same; forwarded correspondence to Mr. Dudley regarding deposition dates; copy to all parties; forwarded correspondence to Farmers Insurance;copy to client. | $ 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 178 | 11/14/2019 | UH | Drafted letter to opposing counsel regarding deposition dates. | $ 225.00 | 0.10 | $22.50 | $11.25 | $11.25 | E |
| 179 | 11/14/2019 | WMJ | Prepare correspondence to claims department regarding request for defense. | $ 300.00 | 0.30 | $90.00 | $90.00 | $0.00 | A |
| 180 | 11/15/2019 | GO | Forwarded to client correspondence regarding deposition of respondent. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 181 | 11/15/2019 | UH | Teleconference with Kit Harrison's office regarding designation. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 182 | 11/15/2019 | UH | Reviewed letter from opposing counsel. | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 183 | 11/19/2019 | KPK | Read emails and respond regarding Elizabeth medications and regarding camp eagle. | $ 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 184 | 11/20/2019 | GO | Forwarded email to Lindsey with Dr. Harrison regarding hearing; copy to client; research through 13th Court of Appeals docket regarding client's record. | $ - | 0.00 | $0.00 | $0.00 | $0.00 | A |
| 185 | 11/20/2019 | GO | Confer regarding 13th Court of Appeals clerk's record, No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 186 | 11/21/2019 | GO | Confer with attorney regarding Farmers Insurance. No charge. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 187 | 11/21/2019 | GO | Telephone conference with Meredith Ellender with Farmers Insurance regarding claim; prepared memo on same; forwarded correspondence to William Dudley regarding deposition of Brian Owsley; copy to client. | $ 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 188 | 11/21/2019 | UH | Letter to opposing counsel. | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 189 | 11/22/2019 | GO | Confer with attorney regarding notice of new claim. No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 190 | 11/22/2019 | GO | Telephone conference with Meredith with Farmers Insurance on filing of new claim. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 191 | 11/25/2019 | GO | Confer with attorney regarding medical records and affidavits on same, No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 192 | 11/25/2019 | GO | Review of medical records; forwarded email to Dr. Harrison re hearing; reply to email from client. | $ 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 193 | 11/26/2019 | GO | Reply to email froin client regarding affidavit on children's records; Prepared (2) notices for filing medical records; efiled Notice of Filing of Business Medical Records for Drs. McIntyre and Garza. | $ 95.00 | 1.10 | $104.50 | $78.38 | $26.12 | BB |
| 194 | 11/27/2019 | GO | Reply to email from client regarding Dr. Kit Harrison and hearing; revised and efiled Notice of Filing of Business Medical Records on Driscoll's Children's Hospital; copy to client. | $ 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 195 | 11/27/2019 | KPK | Confer regarding exhibits for hearing. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 196 | 12/1/2019 | KPK | Read emails. | $ 350.00 | 0.40 | $140.00 | $105.00 | $35.00 | V |
| 197 | 12/2/2019 | GO | Confer with attorney regarding Farmers Insurance. No charge. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 198 | 12/2/2019 | GO | Telephone conference with Meredith with Partners Insurance regarding new claim | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 199 | 12/3/2019 | GO | Confer with attorey regarding counter-petition to modify. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 200 | 12/3/2019 | GO | Forwarded to client Counter-Petition to Modify Parent-Child Relationship. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 201 | 12/3/2019 | UH | Reviewed Counterpetition | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 202 | 12/5/2019 | GO | Reply to emails from Dr. Harrison regarding upcoming hearing, | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 203 | 12/6/2019 | UH | Reviewed supplemental discovery answers, | $ 225.00 | 0.50 | $112.50 | $112.50 | $0.00 | A |
| 204 | 12/6/2019 | UH | Reviewed client's email regarding reimburnement. | $ 225.00 | 0.40 | $90.00 | $90.00 | $0.00 | A |
| 205 | 12/8/2019 | KPK | Confer with client. | $ 300.00 | 0.20 | $60.00 | $60.00 | $0.00 | A |
| 206 | 12/9/2019 | GO | Confer with attorney regarding respondent's discovery responses. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 207 | 12/9/2019 | KPK | Read 2018 Responses to Requests for Admissions, | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 208 | 12/10/2019 | GO | Confer with attorney regarding hearing. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 209 | 12/10/2019 | GO | Forwarded to client correspondence from Farmers Insurance on new claim; (2) telephone conferences with Lindsey with Dr. Harrison regarding hearing; forwarded email to Dr. Harrison. | $ 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 210 | 12/10/2019 | KPK | Hearing preparation & email to Cristine Cortez. | $ 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 211 | 12/11/2019 | GO | Confer with attorney regarding hearing. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 212 | 12/11/2019 | GO | Forwarded to client correspondence regarding Farmers Insurance on notice of new claim; telephone conference with Lindsey with Dr. Harrison regarding hearing; forwarded email to Dr. Harrison, | $ 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 213 | 12/11/2019 | WMJ | Prepare correspondence to USAA regarding request for defense & indemnification. | $ 300.00 | 0.40 | $120.00 | $120.00 | $0.00 | A |
| 214 | 12/12/2019 | GO | Confer with attorney regarding preparations for hearing, No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 215 | 12/12/2019 | GO | Continued worldng on notebook for hearing; forwarded emails to client; telephone conference with Diane with Mr. Orsinger; reply to emails from client; telephone conference with client; forwarded notice of claim to USAA. | $ 95.00 | 5.10 | $484.50 | $363.38 | $121.12 | BB |
| 216 | 12/12/2019 | UH | Revised proposed Temporary Orders. | $ 225.00 | 0.70 | $157.50 | $157.50 | $0.00 | A |
| 217 | 12/12/2019 | UH | Teleconference with client & Dr. Kit Harrison. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 218 | 12/12/2019 | KPK | Confer with Amicus multiple times; teleconference with opposing counsel; emails with client; prepare Temporary Orders; teleconference with expert witness; travel to Corpus Christi, Texas. | $ 350.00 | 6.50 | $2,275.00 | $1,706.25 | $568.75 | BB |
| 219 | 12/13/2019 | GO | Telephone conference with client regarding hearing; assist with hearing; forwarded to client notice of claim forwarded to USAA; copy to client. | $ 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |
| 220 | 12/13/2019 | KPK | Attend hearing on Temporary Orders & return travel (150 miles). | $ 350.00 | 11.00 | $3,850.00 | $1,925.00 | $1,925.00 | E |
| 221 | 12/15/2019 | KPK | Memo regarding revisions to Temporary Orders & regarding Temp. Orders hearing. | $ 350.00 | 1.30 | $455.00 | $341.25 | $113.75 | V |
| 222 | 12/16/2019 | GO | Conferences with attorney regarding docket control conference. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 223 | 12/16/2019 | DPS | Teleconference with Celine Vahidez & her office (twice) | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 224 | 12/16/2019 | GO | Multiple telephone conferences with Marilee with Nueces County Court regarding docket control conference; scheduled (2) docket control conferences through AT&T Conferencing; telephone conference with Mr. Dudley; telephone conference with Ms. Cortez; (2) telephone conferences with Cecilia with Judge Rincones. | $ 95.00 | 2.50 | $237.50 | $178.13 | $59.37 | BB |
| 225 | 12/16/2019 | UH | Drafted revised Temporary Orders. | $ 225.00 | 1.40 | $315.00 | $315.00 | $0.00 | A |
| 226 | 12/16/2019 | KPK | Work on Docket Control Conference & memo; participate in Docket Control Conference. | $ 350.00 | 1.00 | $350.00 | $262.50 | $87.50 | BB |
| 227 | 12/17/2019 | GO | Worked on designating Dr. Kit Harrison as expert witness; forwarded email to Lindsey with Dr. Harrison'on same. | $ 95.00 | 0.40 | $38.00 | $38.00 | $0.00 | A |
| 228 | 12/17/2019 | UH | Revised Temporary Orders. | $ 225.00 | 0.40 | $90.00 | $90.00 | $0.00 | A |
| 229 | 12/17/2019 | UH | Reviewed supplemental discovery & began drafting letter to opposing counsel. | $ 225.00 | 0.80 | $180.00 | $180.00 | $0.00 | A |
| 230 | 12/17/2019 | KPK | Work on Order. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 231 | 12/17/2019 | KPK | Prepared detailed memo regarding "things to do." | $ 350.00 | 0.70 | $245.00 | $183.75 | $61.25 | V |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|---|
| 232 | 12/18/2019 | GO | Research through court's docket regarding order on amicus attorney; reply to email from Dr. Kit Harrison; forwarded respondent's discovery responses to client. | $ | 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 233 | 12/18/2019 | UH | Drafted Docket Control Order. | $ | 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 234 | 12/18/2019 | UH | Teleconference with Christine Co1tez. | $ | 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 235 | 12/18/2019 | UH | Revised Temporary Orders. | $ | 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 236 | 12/18/2019 | KPK | Confer with mediator about dates. | $ | 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 237 | 12/18/2019 | KPK | Confer regarding revisions to Order. | $ | 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 238 | 12/19/2019 | GO | Download of Clerk's Record for summarization; forwarded email to Diane with Mr. Orsinger on same; forwarded email to Michael O'Reilly regarding mediation. availability; copy to client; continued worldng on designation of expert witness; efiled designation; copy to client; prepared and forwarded correspondence to Mr. Dudley requesting deposition dates; copy to client; forwarded correspondence to client regarding USAA claim. | $ | 95.00 | 1.70 | $161.50 | $121.13 | $40.37 | BB |
| 239 | 12/20/2019 | GO | Confer with attorney regarding medical expenses for reimbursement, No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 240 | 12/20/2019 | GO | Confer with attorney regarding attorney fees, No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 241 | 12/20/2019 | GO | Telephone conference with Trish with USAA regarding coverage on policy; forwarded correspondence from USAA to client; telephone conference with court reporter regarding hearing transcripts. | $ | 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 242 | 12/20/2019 | GO | Forwarded to client proposed Temporary Orders; forwarded voice message and email to Ms. Curtis regarding attorney fees; forwarded email to Dr. Harrison on new email dates; copy to client. | $ | 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 243 | 12/22/2019 | S | Summarizing Vol. I of Clerk's Record on Appeal. | $ | 95.00 | 4.00 | $380.00 | $0.00 | $380.00 | UN/D |
| 244 | 12/22/2019 | KPK | Follow up on Order. | $ | 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 245 | 12/23/2019 | GO | Confer with attorney regarding attorney fees. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 246 | 12/23/2019 | GO | Forwarded voice message to Ms. Curtis regarding attorney fees. | $ | 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 247 | 12/23/2019 | S | Continue Vol. I | $ | 95.00 | 4.00 | $380.00 | $0.00 | $380.00 | UN/D |
| 248 | 12/23/2019 | UH | Teleconference to opposing counsel. | $ | 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 249 | 12/23/2019 | UH | Sent Docket Control Order to opposing counsel. | $ | 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 250 | 12/24/2019 | GO | Confer with attorney regarding hearing transcripts and attomey fees. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 251 | 12/24/2019 | GO | Attempts to contact court reporter on hearing transcripts. | $ | 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | |
| | | V | Vague, reduced by 25%. | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | |
| | | A | Allowed in full. | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 252 | 12/24/2019 | S | Continue Vol. 1 | $ 95.00 | 4.00 | $380.00 | $0.00 | $380.00 | UN/D |
| 253 | 12/25/2019 | S | Continue Vol. I | $ 95.00 | 2.00 | $190.00 | $0.00 | $190.00 | UN/D |
| 254 | 12/26/2019 | S | Summarizing Vol. II of Clerk's Record on Appeal. | $ 95.00 | 6.00 | $570.00 | $0.00 | $570.00 | UN/D |
| 255 | 12/27/2019 | GO | Forwarded email to client regarding cost of children's health Insurance, | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 256 | 12/27/2019 | S | Summarizing Vol. II of Clerk's Record on Appeal. | $ 95.00 | 4.00 | $380.00 | $0.00 | $380.00 | UN/D |
| 257 | 12/27/2019 | UH | Revised Temporary Orders & sent to Amicus. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 258 | 12/28/2019 | S | Summarizing Vol. II of Clerk's Record on Appeal. | $ 95.00 | 4.00 | $380.00 | $0.00 | $380.00 | UN/D |
| 259 | 12/29/2019 | S | Summarizing Vol. II of Clerk's Record on Appeal. | $ 95.00 | 4.00 | $380.00 | $0.00 | $380.00 | UN/D |
| 260 | 12/29/2019 | KPK | Prepare memo regarding "things to do" | $ 350.00 | 0.50 | $175.00 | $131.25 | $43.75 | V |
| 261 | 12/30/2019 | KPK | Review Order & review Responses to Requests for Admissions, | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 262 | 12/31/2019 | GO | Confer with attorney regarding bankruptcy hearing, No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 263 | 12/31/2019 | GO | Efiled Docket Control Order; copy to client and Marilee Roberts with 319th Nueces County Court; forwarded email to client regarding attendance of show cause hearing in bankruptcy court. | $ 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 264 | 12/31/2019 | S | Summarizing Vol. III | $ 95.00 | 6.00 | $570.00 | $0.00 | $570.00 | UN/D |
| 265 | 12/31/2019 | KPK | Work on Order; execute & review Requests for Admissions Responses. | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 266 | 1/1/2020 | S | Summarizing Vol. III of Clerk's Record on Appeal. | $ 95.00 | 6.00 | $570.00 | $0.00 | $570.00 | UN/D |
| 267 | 1/2/2020 | GO | Confer with attorney regarding attorney fees. No charge. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 268 | 1/2/2020 | GO | Attempts to contact Ms. Cmtis regarding teleconference between counsel; forwarded email to Ms. Curtis on same; telephone conference with Ms. Curtis. | $ 95.00 | 0.20 | $19.00 | $14.25 | $4.75 | BB |
| 269 | 1/2/2020 | S | Summarizing Vol. IV of Clerk's Record on Appeal. | $ 95.00 | 6.00 | $570.00 | $0.00 | $570.00 | UN/D |
| 270 | 1/2/2020 | KPK | Confer regarding Bill of Review | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 271 | 1/2/2020 | KPK | Teleconference with Catherine Curtis. | $ 350.00 | 0.60 | $210.00 | $210.00 | $0.00 | A |
| 272 | 1/3/2020 | S | Summarizing Vol. IV | $ 95.00 | 2.00 | $190.00 | $0.00 | $190.00 | UN/D |
| 273 | 1/3/2020 | KPK | Conference call with Bankruptcy lawyers regarding need for timeline, | $ 350.00 | 0.70 | $245.00 | $245.00 | $0.00 | A |
| 274 | 1/6/2020 | GO | Telephone conference with court reporter regarding hearing transcripts and exhibits on same; revised and forwarded correspondence to opposing counsel regarding discovery supplelllentation. | $ 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 275 | 1/6/2020 | S | Summary of appellate Court record. | $ 95.00 | 8.00 | $760.00 | $0.00 | $760.00 | UN/D |
| 276 | 1/6/2020 | KPK | Memo regarding timeline. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 277 | 1/7/2020 | GO | Forwarded email to client regarding hearing transcripts and costs for same. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 278 | 1/7/2020 | S | Summary of appellate Court record. | $ 95.00 | 6.00 | $570.00 | $0.00 | $570.00 | UN/D |
| 279 | 1/9/2020 | GO | Reply to email from court reporter regarding request for hearing transcripts; copy to client. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 280 | 1/10/2020 | S | Continued summary Court record and deposition summary of parties in case below. | $ 95.00 | 6.00 | $570.00 | $427.50 | $142.50 | BB |
| 281 | 1/12/2020 | S | Summary of deposition in case below. | $ 95.00 | 6.00 | $570.00 | $427.50 | $142.50 | V |
| 282 | 1/13/2020 | GO | Confer with attorney regarding temporary orders and hearing transcripts; scan of hearing transcripts provided by client, No charge. | $ - | 0.90 | $0.00 | $0.00 | $0.00 | A |
| 283 | 1/13/2020 | KPK | Confer with Catherine Curtis; and confer regarding transcript, | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 284 | 1/14/2020 | UH | Reviewed email from client. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 285 | 1/15/2020 | GO | Confer with attorney regarding temporary orders. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 286 | 1/15/2020 | GO | Research regarding temporary orders; telephone conference with Leah with Ms. Cortez and with Lana with Mr. Dudley regarding signatures to temporary orders. | $ 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |
| 287 | 1/16/2020 | KPK | Memo regarding "things to do." | $ 350.00 | 0.60 | $210.00 | $157.50 | $52.50 | V |
| 288 | 1/17/2020 | GO | Prepare memo regarding things to do. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 289 | 1/17/2020 | KPK | Revise statement. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 290 | 1/20/2020 | S | Deposition Summaries of Owsley continued. | $ 95.00 | 8.00 | $760.00 | $570.00 | $190.00 | V |
| 291 | 1/20/2020 | UH | Reviewed prior Orders & conducted legal research. | $ 225.00 | 2.90 | $652.50 | $652.50 | $0.00 | A |
| 292 | 1/20/2020 | KPK | Confer regarding transcripts & billing | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 293 | 1/21/2020 | GO | Confer with attorney regarding temporary orders and clerk's records on appeal. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 294 | 1/21/2020 | GO | Prepared and forwarded correspondence to Ms. Cortez regarding temporary orders; copy to client. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 295 | 1/21/2020 | KPK | Follow up on Order & deposition. | $ 350.00 | 0.30 | $105.00 | $52.50 | $52.50 | E |
| 296 | 1/22/2020 | GO | Download of clerk's records and hearing transcripts for summarization. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 297 | 1/22/2020 | S | Summary of Owsley appellate court records (11 volumes). | $ 95.00 | 8.00 | $760.00 | $0.00 | $760.00 | UN/D |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|---|
| 298 | 1/22/2020 | KPK | Follow up on transcripts. | $ | 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 299 | 1/23/2020 | S | Continued Deposition Summary of Owsley records (11 volumes). | $ | 95.00 | 8.00 | $760.00 | $0.00 | $760.00 | UN/D |
| 300 | 1/24/2020 | KPK | Correspondence to Amber Fly regarding fees. | $ | 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 301 | 1/27/2020 | S | Summary of Owsley records. | $ | 95.00 | 10.00 | $950.00 | $0.00 | $950.00 | UN/D |
| 302 | 1/28/2020 | S | Continued Deposition Summary of Owsley appellate court records. | $ | 95.00 | 8.00 | $760.00 | $0.00 | $760.00 | UN/D |
| 303 | 1/30/2020 | S | Conitnued Summary of Owsley court records. | $ | 95.00 | 8.00 | $760.00 | $0.00 | $760.00 | UN/D |
| 304 | 2/4/2020 | KPK | Memo regarding Catherine Curtis & "things to do." | $ | 350.00 | 0.60 | $210.00 | $157.50 | $52.50 | V |
| 305 | 2/10/2020 | KPK | Confer regarding deposition and mediation dates not provided. | $ | 350.00 | 0.20 | $70.00 | $35.00 | $35.00 | E |
| 306 | 2/10/2020 | KPK | Memo regarding conference call. | $ | 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 307 | 2/12/2020 | GO | Forwarded voice message to Catherine Curtis regarding status of application on attorneys fees and regarding teleconference call; telephone conference with William Dudley regarding dates for respondent's deposition and mediation; prepared memo for same. | $ | 95.00 | 0.50 | $47.50 | $35.63 | $11.87 | BB |
| 308 | 2/12/2020 | KPK | Confer with client. | $ | 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 309 | 2/12/2020 | KPK | Review order prepared by Dudley; review bankruptcy filing. | $ | 350.00 | 0.60 | $210.00 | $210.00 | $0.00 | A |
| 310 | 2/13/2020 | GO | Forwarded to client correspondence from opposing counsel regarding possible settlement proposal. | $ | 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 311 | 2/13/2020 | KPK | Review Bankruptcy documents. | $ | 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 312 | 2/14/2020 | GO | Forwarded correspondence to client regarding possible settlement proposal. | $ | 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | UN/D see 310 |
| 313 | 2/17/2020 | GO | Confer with attorney regarding discovery supplementation. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 314 | 2/17/2020 | GO | Research through court's docket on discovery; forwarded email to client on same. | $ | 95.00 | 0.40 | $38.00 | $28.50 | $9.50 | BB |
| 315 | 2/18/2020 | GO | Confer with attorney regarding bill ofreview on final decree of divorce. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 316 | 2/18/2020 | GO | Worked on download of multiple messages between parties from OFW; download of client's previous discovery responses; prepared and emailed supplemental responses to request for production to opposing counsel; copy to client; various attempts to | $ | 95.00 | 2.80 | $266.00 | $199.50 | $66.50 | BB |
| 317 | 2/18/2020 | UH | Reviewed outgoing supplemental discovery. | $ | 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 318 | 2/19/2020 | GO | Confer with attorney regarding medical records requests and documents to be requested for discovery. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 319 | 2/19/2020 | GO | Forwarded (2) emails to client regarding children's medical records; prepared (2) requests for records from Dr. Wynne and Southwest Psychiatric Physicians; prepared (2) self-proving affidavits for same. | $ | 95.00 | 1.10 | $104.50 | $78.38 | $26.12 | BB |
| 320 | 2/24/2020 | GO | Reply to email from Amber Fly regarding orders and hearing; research through court's docket; forwarded to Ms. Fly Docket Control Order filed with Court; copy to client; forwarded voice message to amicus attorney Ms. Cortez regarding temporary orders; copy to client; reply to email from client on temporary orders. | $ | 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |
| 321 | 3/2/2020 | GO | Confer with attorney regarding temporary orders. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 322 | 3/2/2020 | UH | Reviewed & compared our Order with opposing counsel's. | $ | 225.00 | 0.80 | $180.00 | $180.00 | $0.00 | A |
| 323 | 3/3/2020 | GO | Confer with attorneys regarding deadlines before trial. No charge | $ | - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 324 | 3/3/2020 | GO | Forwarded email to client regarding discovery supplementation and medical records pertaining to children; prepared and forwarded to opposing counsel petitioner's responses to request for disclosure; copy to client. | $ | 95.00 | 1.10 | $104.50 | $78.38 | $26.12 | BB |
| 325 | 3/3/2020 | KPK | Work on 30 day deadline supplementation. | $ | 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 326 | 3/4/2020 | GO | Confer with attorneys regarding discovery and hearing transcripts. No charge, | $ | - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 327 | 3/4/2020 | GO | Prepared and forwarded conespondence to opposing counsel regarding petitioner's discovery responses; copy to client; prepared and efiled certificate of written discovery; telephone conference with client regarding hearing transcripts. | $ | 95.00 | 0.70 | $66.50 | $49.88 | $16.62 | BB |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 328 | 3/5/2020 | GO | Confer with attorney regarding deposition transcripts. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 329 | 3/5/2020 | GO | Attempts to contact court reporter regarding hearing transcripts; forwarded email to court reporter on same; copy to client; forwarded email to client on response from court reporter. | $ 95.00 | 1.10 | $104.50 | $78.38 | $26.12 | BB |
| 330 | 3/6/2020 | GO | Confer with attorney regarding status of hearing transcripts. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 331 | 3/6/2020 | GO | Attempts to contact court reporter; forwarded email to court reporter regarding hearing transcripts; reply to email from court reporter on same. | $ 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |
| 332 | 3/7/2020 | KPK | Meet with client. | $ 350.00 | 3.00 | $1,050.00 | $1,050.00 | $0.00 | A |
| 333 | 3/9/2020 | KPK | Further preparation of memo regarding meeting & "things to do". | $ 350.00 | 1.00 | $350.00 | $262.50 | $87.50 | V |
| 334 | 3/10/2020 | JM | Reviewed D&K's Application for Attorney Fees in the Bankruptcy matter. Obtained & reviewed Mr. Owsley's Response in Opposition to D&K Application. Emails with Curtis re: said motions and hearing on same. | $ 95.00 | 1.00 | $95.00 | $71.25 | $23.75 | BB |
| 335 | 3/16/2020 | GO | Forwarded correspondence to opposing counsel regarding FM System and offer of settlement; prepared order setting hearing on motion to compel discovery; efiled motion and order. | $ 95.00 | 0.50 | $47.50 | $35.63 | $11.87 | BB |
| 336 | 3/16/2020 | UH | Reviewed memorandum and file. | $ 225.00 | 0.80 | $180.00 | $180.00 | $0.00 | A |
| 337 | 3/16/2020 | UH | Drafted Motion to Compel Discovery | $ 225.00 | 0.90 | $202.50 | $202.50 | $0.00 | A |
| 338 | 3/16/2020 | UH | Drafted & revised letter to opposing counsel. | $ 225.00 | 0.70 | $157.50 | $157.50 | $0.00 | A |
| 339 | 3/16/2020 | UH | Drafted 2nd Request for Production. | $ 225.00 | 0.40 | $90.00 | $90.00 | $0.00 | A |
| 340 | 3/16/2020 | KPK | Additions to memo regarding "things to do." for case planning. | $ 350.00 | 0.80 | $280.00 | $210.00 | $70.00 | V |
| 341 | 3/17/2020 | GO | Revised and forwarded second request for production to respondent; copy to client | $ 95.00 | 0.40 | $38.00 | $38.00 | $0.00 | A |
| 342 | 3/17/2020 | KPK | Teleconference with Bill Dudley regarding mediation. | $ 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 343 | 3/18/2020 | GO | Telephone conference with court reporter regarding hearing transcripts; forwarded correspondence to client regarding mediation. | $ 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |
| 344 | 3/18/2020 | KPK | Teleconference with Michael O'Reilly regarding mediation. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 345 | 3/18/2020 | KPK | Correspondence to client. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 346 | 3/19/2020 | GO | Confer with attoney regarding deposition and mediation. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 347 | 3/19/2020 | GO | Forwarded to client motion to compel discovery; telephone conference with client regarding mediation and deposition; forwarded copy of settlement offer to Ms. Cortez; forwarded correspondence to opposing counsel regardng FM System, deposition and mediation; copy to client, Robert Gonzalez and Ms. Cortez; research on Respondent's employment; attempts to reach staff to his employer. | $ 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |
| 348 | 3/19/2020 | KPK | Read correspondence from client. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 349 | 3/19/2020 | KPK | Correspondence to Bill Dudley. | $ 350.00 | 0.60 | $210.00 | $210.00 | $0.00 | A |
| 350 | 3/19/2020 | KPK | Read letter of March 18th and memo regarding Deposition | $ 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 351 | 3/19/2020 | KPK | Correspondence to Bill Dudley. | $ 350.00 | 0.20 | $70.00 | $0.00 | $70.00 | UN/D see 349 |
| 352 | 3/20/2020 | GO | Revised and forwarded correspondence to opposing counsel regarding mediation and deposition; copy to client and Ms. Cortez. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 353 | 3/23/2020 | GO | Confer with attorney regarding teleconference between counsel. No charge. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 354 | 3/23/2020 | GO | Various telephone conferences with Leah with Ms. Cortez regarding teleconference between attorneys; prepared memo on same; forwarded rule 11 agreement to opposing counsel; copy to Ms. Cortez and client; forwarded correspondence addressed to Judge Rincones to opposing counsel; copy to Ms. Cortez, Michael O'Reilly and client. | $ 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |
| 355 | 3/23/2020 | KPK | Correspondence regarding transportation agreement for visitation. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 356 | 3/23/2020 | KPK | Confer with Bill Dudley and C. Cottez by phone. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 357 | 3/23/2020 | KPK | Correspondence regarding passing case & mediation. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 358 | 3/23/2020 | KPK | Memo regarding days' events & correspondence to client. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 359 | 3/24/2020 | GO | Confer with attorney regarding cancellation of mediation and regarding deposition and correspondence addressed to Judge Rincones informing of status of case. No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 360 | 3/24/2020 | GO | Reply to email from opposing counsel and Ms. Cortez regarding revisions to correspondence addressed to Judge Rincones; revised and forwarded sanie to Mr. Dudley and Ms. Cortez for review and signature; copy to client; emailed correspondence to Judge Rincones; copies to all parties. | $ 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 361 | 3/24/2020 | KPK | Revise correspondence to Mr. Dudley. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 362 | 3/24/2020 | KPK | Teleconference with Michael O'Reilly. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 363 | 3/24/2020 | KPK | Review revisions to correspondence to Judge Ricones | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 364 | 3/25/2020 | GO | Confer with attorney regarding documents to compile for attorney review. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 365 | 3/25/2020 | GO | Compiled documents for attorney review regarding temporary orders. | $ 95.00 | 0.40 | $38.00 | $38.00 | $0.00 | A |
| 366 | 3/25/2020 | KPK | Read correspondence from Bill Dudley. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 367 | 3/25/2020 | KPK | Correspondence to Bill Dudley. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 368 | 3/27/2020 | GO | Reply to email from client. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 369 | 3/27/2020 | KPK | Follow up on attorney fee application. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 370 | 3/31/2020 | GO | Confer with attorney regarding passing of trial setting. No charge. | $ - | 0.10 | $0.00 | $0.00 | $0.00 | A |
| 371 | 3/31/2020 | GO | Forwarded correspondence to client regarding FM System; telephone conference with Cecilia with district court confirming trial date off of court's docket; reply to email from Lindsey with Dr. Harrison on same; copy to client. | $ 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |
| 372 | 4/2/2020 | KPK | Confer with attorney regarding visitation travel. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 373 | 4/2/2020 | KPK | Confer regarding mediation. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 374 | 4/2/2020 | KPK | Read emails & respond regarding visitation. | $ 350.00 | 0.80 | $280.00 | $210.00 | $70.00 | V |
| 375 | 4/2/2020 | KPK | Review of OFW email between parties; telephone conference with client regarding travel on exchange of child. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 376 | 4/3/2020 | GO | Confer with attorney regarding exchange of child and correspondence between counsel. No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 377 | 4/3/2020 | GO | Various attempts to reach court reporter on hearing transcripts; forwarded email to client on same; forwarded to client invoice and link from court reporter on payment for transcripts; forwarded various emails from and to opposing counsel on same; telephone conference with court reporter on transcripts; (2) telephone conferences with Lana with opposing counsel regarding exchange of child and emails between Mr. Dudley and Ms. Cortez on same; copies to client. | $ 95.00 | 1.30 | $123.50 | $92.63 | $30.87 | BB |
| 378 | 4/3/2020 | KPK | Confer regarding visitation & email. | $ 350.00 | 0.80 | $280.00 | $210.00 | $70.00 | V |
| 379 | 4/6/2020 | GO | Forwarded email to client on outcome of weekend visitation; reply to email from client on same; prepared deposition notice for respondent; prepared and forwarded correspondence to opposing counsel regarding response to settlement offer; copies to client. | $ 95.00 | 1.10 | $104.50 | $78.38 | $26.12 | BB |
| 380 | 4/6/2020 | KPK | Follow up on visitation procedures. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 381 | 4/6/2020 | KPK | Confer regarding taking deposition and objections. | $ 350.00 | 0.20 | $70.00 | $35.00 | $35.00 | E |
| 382 | 4/6/2020 | KPK | Prepare Subpoena Duces Tecum. | $ 350.00 | 0.80 | $280.00 | $140.00 | $140.00 | E |
| 383 | 4/7/2020 | GO | Confer regarding hearing transcripts. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 384 | 4/7/2020 | GO | Efiled Rule 11 Agreement on passing of trial date; copy to client. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 385 | 4/8/2020 | GO | Download of multiple OFW messages between parties. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 386 | 4/13/2020 | KPK | Coordinate Trial setting. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 387 | 4/13/2020 | KPK | Review Docket Sheet regarding when Application for Compensation will be heard. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 388 | 4/13/2020 | KPK | Review Motion to Quash & prepare memo regarding Response to Motion & email to client. | $ 350.00 | 1.00 | $350.00 | $262.50 | $87.50 | BB |
| 389 | 4/14/2020 | GO | Forwarded to client correspondence regarding trial date; prepared order setting hearing for same; download of hearing transcripts; forwarded same to client and to attorney for review. | $ 95.00 | 0.50 | $47.50 | $35.63 | $11.87 | BB |
| 390 | 4/14/2020 | UH | Further Drafted Response to Motion to Quash. | $ 225.00 | 1.80 | $405.00 | $405.00 | $0.00 | A |
| 391 | 4/14/2020 | KPK | Revise Response to Motion to Quash. | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 392 | 4/14/2020 | KPK | Follow up on Bankruptcy hearings scheduled. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 393 | 4/15/2020 | GO | Print, scan ofrespondent's responses to discovery. No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 394 | 4/15/2020 | GO | Prepared order setting hearing for reply to response to motion to quash; revised reply; efiled reply and order; copy to client; forwarded to client respondent's responses to second request for production and third supplemental responses to request for production. | $ 95.00 | 1.30 | $123.50 | $92.63 | $30.87 | BB |
| 395 | 4/15/2020 | S | Summary of Owsley transcript from Enforcement Proceeding. | $ 95.00 | 8.00 | $760.00 | $570.00 | $190.00 | V |
| 396 | 4/15/2020 | UH | Revised Motion to Quash. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 397 | 4/15/2020 | UH | Reviewed Responses to 2nd Requests for Production | $ 225.00 | 0.70 | $157.50 | $157.50 | $0.00 | A |
| 398 | 4/16/2020 | GO | Confer with attorneys regarding deposition of respondent. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 399 | 4/16/2020 | GO | Forwarded to opposing counsel correspondence regarding respondent's responses to second request for production; copy to client; revised first amended deposition notice of respondent; forwarded to opposing counsel, amicus attorney and court reporter; copy to client; revised and forwarded to opposing counsel and amicus attorney order setting bench trial; copy to client. | $ 95.00 | 1.20 | $114.00 | $85.50 | $28.50 | BB |

Jimie Dianne Owsley - 19-20060

Appendix A

| | Glossary | BB | Block-Billed entries, reduced by 25%. |
|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. |
| | | UN/D | Unnecessary work, allowed at $0.00. |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. |
| | | V | Vague, reduced by 25%. |
| | | UA | Unauthorized work, allowed at $0.00. |
| | | A | Allowed in full. |

| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 400 | 4/16/2020 | GO | Forwarded correspondence to opposing counsel regarding responses to second request for production; copy to client; revised and forwarded to opposing counsel first amended deposition notice of Brian Owsley; copy to court reporter, amicus attorney and client; revised and forwarded order setting bench trial to opposing counsel and amicus attorney; copy to client. | $ 95.00 | 1.40 | $133.00 | $0.00 | $133.00 | UN/D see 399 |
| 401 | 4/16/2020 | S | Summary of Owsley transcript from Enforcement Proceeding. | $ 95.00 | 8.00 | $760.00 | $570.00 | $190.00 | V |
| 402 | 4/16/2020 | UH | Drafted letter to opposing counsel regarding defective 2nd production. | $ 225.00 | 0.40 | $90.00 | $90.00 | $0.00 | A |
| 403 | 4/16/2020 | KPK | Confer regarding re-noticing deposition & revise Notice of Deposition. | $ 350.00 | 0.50 | $175.00 | $87.50 | $87.50 | E |
| 404 | 4/16/2020 | KPK | Teleconference with U.S.Legal regarding deposition arrangements. | $ 350.00 | 0.30 | $105.00 | $52.50 | $52.50 | E |
| 405 | 4/21/2020 | GO | Attempt to contact amicus attorney on signature to order setting trial; forwarded email to Ms. Cortez on same; forwarded to client respondent's motion to quash first amended deposition notice of Brian Owsley. | $ 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |
| 406 | 4/21/2020 | UH | Reviewed Motion to Quash 1st Amended Deposition. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 407 | 4/22/2020 | GO | Confer with attorney regarding order setting bench trial and regarding teleconference on bankruptcy matter. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 408 | 4/22/2020 | GO | Telephone conference with Marie Cortez' office regarding signatuxre to Order Setting Bench Trial. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 409 | 4/23/2020 | GO | Forwarded (2) hearing transcripts for summarization. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 410 | 4/24/2020 | GO | Confer with attorney regarding teleconference between counsel on upcoming bankruptcy hearing. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 411 | 4/24/2020 | GO | Reply to email from Ms. Curtis regarding teleconference between counsel on upcoming bankruptcy hearing. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 412 | 4/24/2020 | S | Begin summary of Owsley hearing on Temporary Orders. | $ 95.00 | 4.00 | $380.00 | $285.00 | $95.00 | V |
| 413 | 4/24/2020 | KPK | Review 2nd Motion to Quash Deposition. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 414 | 4/24/2020 | KPK | Prepare memo regarding rescheduling deposition for the 14th. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 415 | 4/24/2020 | KPK | Review Objections to 2nd Request for Production. | $ 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 416 | 4/27/2020 | GO | Confer with attorney regarding upcoming hearing. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 417 | 4/27/2020 | GO | Confer with attorneys regarding deadlines before trial. No charge, | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 418 | 4/27/2020 | GO | Reply to email from Catherine Curtis regarding teleconference between counsel on upcoming hearing; copy to client; prepared and efiled order setting bench trial on respondent's objections to second request for production. | $ 95.00 | 0.50 | $47.50 | $35.63 | $11.87 | BB |
| 419 | 4/27/2020 | UH | Drafted email to opposing counsel. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 420 | 4/27/2020 | KPK | Confer regarding deposition schedule. | $ 350.00 | 0.20 | $70.00 | $35.00 | $35.00 | E |
| 421 | 4/28/2020 | GO | Review of correspondences from opposing counsel regarding deposition of respondent; confer with attorneys regarding same, | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 422 | 4/28/2020 | UH | Reviewed 2nd letter from opposing counsel. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 423 | 4/28/2020 | GO | Forwarded correspondence to opposing counsel regarding respondent's deposition; forwarded to client several correspondences between counsel on same; forwarded email to court reporter informing of deposition quashed; reply to email from court reporter regarding rescheduling for same. | $ 95.00 | 0.80 | $76.00 | $57.00 | $19.00 | BB |
| 424 | 4/28/2020 | UH | Reviewed correspondence from opposing counsel. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 425 | 4/28/2020 | UH | Reviewed hearing transcript & drafted response to correspondence from Mr. Dudley. | $ 225.00 | 0.80 | $180.00 | $180.00 | $0.00 | A |
| 426 | 4/28/2020 | KPK | Two Correspondences to Bill Dudley. | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 427 | 4/28/2020 | KPK | Request hearing from court. | $ 350.00 | 0.10 | $35.00 | $35.00 | $0.00 | A |
| 428 | 4/29/2020 | GO | Confer with attorney regarding respondent's deposition. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 429 | 4/29/2020 | GO | Reply to email from client regarding deposition ofrespondent by video. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 430 | 4/30/2020 | UH | Responded to email from client. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 431 | 4/30/2020 | KPK | Confer regarding filing new motion. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 432 | 5/1/2020 | KPK | Confer regarding setting. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 433 | 5/4/2020 | UH | Reviewed email from Court. | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 434 | 5/4/2020 | KPK | Confer with Christine Cortez regarding Order & status of negotiations. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 435 | 5/4/2020 | KPK | Follow up on setting for discovery objections. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 436 | 5/4/2020 | KPK | Memo regarding status of appeal. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 437 | 5/5/2020 | GO | Confer with attorney regarding appeal, teleconference with Ms. Curtis on bankruptcy matter and order setting bench trial. | $    - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 438 | 5/5/2020 | GO | Confer with attorney regarding teleconference between counsel on bankruptcy matter, mediation and hearing setting; No charge. | $    - | 0.60 | $0.00 | $0.00 | $0.00 | A |
| 439 | 5/5/2020 | GO | Attempts to contact amicus attorney on signature to order setting bench trial; forwarded order to Ms. Cortez; reply to email from Ms. Curtis regarding appeal; copy to client; reply to email from Marilee Roberts with Nueces County Comt regarding hearing setting; copy to all parties and client; efiled osh on bench trial. | $ 95.00 | 0.90 | $85.50 | $64.13 | $21.37 | BB |
| 440 | 5/5/2020 | GO | Forwarded to client order setting bench trial filed with court; compile of documents for attorney review on temporary orders; download of exhibits on motion to disburse; research court's docket on documents to certify on bankruptcy matter; forwarded email to client regarding mediation setting. | $ 95.00 | 1.60 | $152.00 | $114.00 | $38.00 | BB |
| 441 | 5/5/2020 | UH | Reviewed Appellate file & case docket. | $ 225.00 | 1.60 | $360.00 | $360.00 | $0.00 | A |
| 442 | 5/5/2020 | UH | Legal research regarding objection that appeal bond was not paid. | $ 225.00 | 2.30 | $517.50 | $517.50 | $0.00 | A |
| 443 | 5/5/2020 | UH | Teleconference with Catherine Curtis regarding appeal bond argument, | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 444 | 5/5/2020 | KPK | Confer with Catherine Curtis regarding preparation for Bankruptcy hearing. | $ 350.00 | 0.80 | $280.00 | $280.00 | $0.00 | A |
| 445 | 5/5/2020 | KPK | Call to Mike O'Reilly regarding mediation May 18th; research regarding supersedeas. | $ 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 446 | 5/6/2020 | GO | Confer with attorney regarding hearing setting and mediation. No charge. | $    - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 447 | 5/6/2020 | GO | Forwarded email to court regarding hearing setting; (2) telephone conferences with opposing cotmsel regarding teleconference with court on same; forwarded and replied to emails from Catherine Curtis on teleconference on bankruptcy hearing; copies to client; forwarded email to client on mediation. | $ 95.00 | 0.90 | $85.50 | $64.13 | $21.37 | BB |
| 448 | 5/6/2020 | UH | Reviewed documents in file pertaining to Objections regarding attorneys fees. | $ 225.00 | 1.60 | $360.00 | $0.00 | $360.00 | C/NC |
| 449 | 5/7/2020 | GO | Confer with attorney regarding bankruptcy hearing, trial and pending issues, mediation and summer possession schedules. No charge. | $    - | 0.50 | $0.00 | $0.00 | $0.00 | A |
| 450 | 5/7/2020 | SC | Confer with attorney regarding setting mediation. | $    - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 451 | 5/7/2020 | SC | Prepared, scanned and forwarded Rule 11 Agreement to William Dudley. | $    - | 0.90 | $0.00 | $0.00 | $0.00 | A |
| 452 | 5/7/2020 | GO | Worked on preparation and settings for trial, bankruptcy hearing and mediation; reply to emails from Mr. Dudley and Ms. Curtis on same; reply and forward emails to client on summer possession desigations. | $ 95.00 | 1.90 | $180.50 | $135.38 | $45.12 | BB |
| 453 | 5/7/2020 | SC | Phone conference with William Dudley's office regarding Rule 11 Agreement. | $ 95.00 | 0.40 | $38.00 | $38.00 | $0.00 | A |
| 454 | 5/7/2020 | SG | Research on indemnity & new sales proceeds & reimbursements & constructive trusts in order to provide same to Bankruptcy attorney for distribution of sales proceeds from Vegas home. | $ 225.00 | 3.80 | $855.00 | $855.00 | $0.00 | A |
| 455 | 5/7/2020 | WMJ | Research regarding indemnification request. | $ 300.00 | 0.30 | $90.00 | $90.00 | $0.00 | A |
| 456 | 5/7/2020 | KPK | Two teleconferences regarding Indemnification for attorney fees; review Order on Enforcement of Decree. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 457 | 5/7/2020 | KPK | Work on summer visitation provisions. | $ 350.00 | 0.60 | $210.00 | $210.00 | $0.00 | A |
| 458 | 5/7/2020 | KPK | Conference call to set up hearings; set up mediation. | $ 350.00 | 0.60 | $210.00 | $210.00 | $0.00 | A |
| 459 | 5/11/2020 | UH | Legal research regarding 50/50 Vegas Condo issue. | $ 225.00 | 1.80 | $405.00 | $405.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 460 | 5/11/2020 | UH | Replied to email from Catherine Curtis. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 461 | 5/11/2020 | UH | Reviewed & compared competing versions of proposed Temporary orders. | $ 225.00 | 2.20 | $495.00 | $495.00 | $0.00 | A |
| 462 | 5/12/2020 | GO | Confer with attorney regarding deposition of respondent and pending issues to be heard and trial. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 463 | 5/12/2020 | GO | (2) Telephone conferences with Cecilia with 444th District Court regarding hearing and trial dates; drafted rule 11 agreement for same; prepared memo; forwarded to client correspondence regarding respondent's deposition; telephone conference with Lana with Mr. Dudley; worked on preparations for bankruptcy hearing; worked on a discovery notebook for trial; forwarded email to Mr. Dudley and Ms. Cortez regarding hearing setting. | $ 95.00 | 3.80 | $361.00 | $270.75 | $90.25 | BB |
| 464 | 5/12/2020 | UH | Reviewed Temporary Orders & prepared comparison report. | $ 225.00 | 2.80 | $630.00 | $630.00 | $0.00 | A |
| 465 | 5/12/2020 | UH | Reviewed December 13th, 2019 hearing transcript. & amended comparison report. | $ 225.00 | 2.20 | $495.00 | $495.00 | $0.00 | A |
| 466 | 5/12/2020 | KPK | Confer regarding setting of Motion to Compel Deposition | $ 350.00 | 0.20 | $70.00 | $35.00 | $35.00 | E |
| 467 | 5/13/2020 | GO | Confer with attorney regarding hearing and deposition. No charge. | $ - | 0.40 | $0.00 | $0.00 | $0.00 | A |
| 468 | 5/13/2020 | GO | Reply to email from client regarding deposition of respondent; (2) telephone conferences with Ms. Curtis regarding bankruptcy hearing; assist with preparations for hearing; forwarded hearing transcript for summary; telephone conference with client; prepared memo regarding deposition; assist with hearing; reply to email from opposing counsel confirming mediation availability; telephone conference with Leah with Ms. Cortez on mediation; (2) telephone conferences with Marilee with Nueces County; forwarded email to Cecilia with Judge Rangel; efiLed rule 11 agreement on mediation. (2) telephone conferences with Cecilia with Judge Rincones regarding hearing. | $ 95.00 | 2.40 | $228.00 | $171.00 | $57.00 | BB |
| 469 | 5/13/2020 | KPK | Prepare for hearing; schedule hearing; confer regarding Bankruptcy matter & prepare for hearing. | $ 350.00 | 2.00 | $700.00 | $525.00 | $175.00 | BB |
| 470 | 5/14/2020 | GO | Forwarded to client (2) orders setting hearing and a rule 11 agreement. | $ 95.00 | 0.20 | $19.00 | $0.00 | $19.00 | C/NC |
| 471 | 5/15/2020 | GO | Worked on notebook for mediation; telephone conference with Joy with mediator Michael O'Reilly. | $ 95.00 | 4.80 | $456.00 | $456.00 | $0.00 | A |
| 472 | 5/17/2020 | KPK | Prepare for Mediation. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 473 | 5/18/2020 | GO | Confer with attorney regarding mediation and hearing. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 474 | 5/18/2020 | GO | Continued working on notebook for mediation; forwarded voice message to client; telephone conference with client; assist with mediation; telephone conference with Cecilia with 444th Cameron County Court; telephone conference with Lana with opposing counsel; forwarded to court motions to be heard at hearing. | $ 95.00 | 3.40 | $323.00 | $242.25 | $80.75 | BB |
| 475 | 5/18/2020 | UH | Calculated child support & attended mediation | $ 225.00 | 1.20 | $270.00 | $270.00 | $0.00 | A |
| 476 | 5/18/2020 | KPK | Attend Mediation and prepare. | $ 350.00 | 5.00 | $1,750.00 | $1,312.50 | $437.50 | BB |
| 477 | 5/19/2020 | GO | Confer with attorney regarding zoom hearing. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 478 | 5/19/2020 | GO | Telephone conference with Cecilia with 444th Cameron County Court regarding hearing; reply to email from client; worked on preparations for hearing and notebook; download of documents forwarded to Judge Rincones relevant to hearing from opposing counsel. | $ 95.00 | 2.50 | $237.50 | $178.13 | $59.37 | BB |
| 479 | 5/19/2020 | GO | Reply to email from client; download and print of hearing transcripts for attorney review. | $ 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |
| 480 | 5/19/2020 | UH | Reviewed transcript of July 2018 attorney's fees prove up. | $ 225.00 | 0.50 | $112.50 | $112.50 | $0.00 | A |
| 481 | 5/19/2020 | KPK | Prepare for hearing; schedule hearing; confer regarding Bankruptcy matter & prepare for hearing. | $ 350.00 | 2.00 | $700.00 | $525.00 | $175.00 | BB |
| 482 | 5/20/2020 | GO | Confer with attorney regarding hearing. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 483 | 5/20/2020 | GO | Forwarded to client orders setting hearing and rule 11 agreement filed with court; (2) telephone conferences with client; forwarded documents relevant to hearing to Cecilia with 444th Cameron County Court; revised and forwarded correspondence to opposing counsel regarding order on hearing; copy to Ms. Cortez and client. | $ 95.00 | 2.20 | $209.00 | $156.75 | $52.25 | BB |
| 484 | 5/20/2020 | KPK | Read email. | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 485 | 5/20/2020 | KPK | Prepare for hearing. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 486 | 5/21/2020 | UH | Reviewed letters provided by client from Brian Owsley. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| **Entry** | **Date** | **Billing Professional** | **Description** | **Rate** | **Hours** | **Amount Req.** | **Allowed** | **Disallowed** | **Disallowance (See Glossary)** |
| 487 | 5/21/2020 | UH | Reviewed police incident report re Brian hitting 18 year old. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 488 | 5/22/2020 | GO | Confer with attorney regarding deposition of respondent. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 489 | 5/22/2020 | GO | Reply to email from client regarding deposition of respondent; noticed and forwarded deposition notice ofrespondent; copy to all parties. | $ 95.00 | 0.80 | $76.00 | $38.00 | $38.00 | E |
| 490 | 5/25/2020 | KPK | Work on supplementation. | $ 350.00 | 0.40 | $140.00 | $105.00 | $35.00 | V |
| 491 | 5/26/2020 | GO | Confer with attorneys regarding discovery and medical expense reimbursement. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 492 | 5/26/2020 | GO | Various telephone conferences with client regarding medical expense reimbursement; review of discovery responses for same; prepared and forwarded to opposing counsel supplemental responses to discovery requests; prepared and efiled certificate of written discovery; forwarded to opposing counsel correspondence regarding order on hearing and copy of motion request. | $ 95.00 | 5.40 | $513.00 | $384.75 | $128.25 | BB |
| 493 | 5/26/2020 | GO | Various telephone conferences with client on medical expenses; review of discovery responses; prepared and forwarded supplemental responses to discovery; prepared and efiled motion for enforcement of medical reimbursement; prepared and efiled certificate of written discovery; forwarded correspondence to opposing counsel regarding order on hearing and copy of motion. | $ 95.00 | 4.20 | $399.00 | $0.00 | $399.00 | UN/D see 492 |
| 494 | 5/26/2020 | UH | Reviewed & signed supplemental Disclosures Responses. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 495 | 5/26/2020 | UH | Teleconference with client regarding attorneys fees. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 496 | 5/26/2020 | UH | Drafted letter to Bill Dudley. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 497 | 5/26/2020 | UH | Reviewed outgoing supplemental production. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 498 | 5/26/2020 | UH | Reviewed Motion for Enforcement. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 499 | 5/26/2020 | KPK | Work on supplementation & reimbursement of medical expenses & follow up on Order. | $ 350.00 | 1.00 | $350.00 | $350.00 | $0.00 | A |
| 500 | 5/27/2020 | GO | Confer with attorney regarding attorney fees. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 501 | 5/27/2020 | GO | Revised and efiled 3rd amended petition; worked on notebook for deposition of respondent; telephone conference with client; forwarded email to Ms. Curtis on application for attorney fees; telephone conference with court reporter; forwarded emails to court. reporter on deposition. | $ 95.00 | 4.70 | $446.50 | $223.25 | $223.25 | E |
| 502 | 5/27/2020 | UH | Drafted Third Amended Petition. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 503 | 5/27/2020 | UH | Reviewed correspondence & bills sent by Client | $ 225.00 | 0.50 | $112.50 | $112.50 | $0.00 | A |
| 504 | 5/27/2020 | UH | Set up drop box for supplemental discovery. | $ 225.00 | 0.40 | $90.00 | $0.00 | $90.00 | C/NC |
| 505 | 5/27/2020 | KPK | Read correspondence & prepare for deposition. | $ 350.00 | 3.50 | $1,225.00 | $612.50 | $612.50 | E |
| 506 | 5/28/2020 | GO | Assist with deposition; worked on deposition exhibits; research and download of previous documents from court's docket. | $ 95.00 | 3.40 | $323.00 | $161.50 | $161.50 | E |
| 507 | 5/28/2020 | UH | Reviewed proposed deposition questions. | $ 225.00 | 0.30 | $67.50 | $33.75 | $33.75 | E |
| 508 | 5/28/2020 | UH | Reviewed correspondence & drafted Order Compelling Discovery | $ 225.00 | 1.30 | $292.50 | $292.50 | $0.00 | A |
| 509 | 5/28/2020 | UH | Attended deposition of Brian Owsley. | $ 225.00 | 2.70 | $607.50 | $303.75 | $303.75 | E |
| 510 | 5/28/2020 | KPK | Prepare for and take the deposition of Brian Owsley | $ 350.00 | 11.00 | $3,850.00 | $1,925.00 | $1,925.00 | E |
| 511 | 5/29/2020 | GO | Review of Elizabeth's suicidal note. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 512 | 5/29/2020 | GO | Review of email from Ms. Curtis regarding application for attorney fees. | $ 95.00 | 0.40 | $38.00 | $38.00 | $0.00 | A |
| 513 | 5/29/2020 | UH | Revised Order Compelling Discovery. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 514 | 5/29/2020 | UH | Reviewed suicide note. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 515 | 5/29/2020 | KPK | Memo regarding "things to do". | $ 350.00 | 0.40 | $140.00 | $105.00 | $35.00 | V |
| 516 | 5/29/2020 | KPK | Read suicide letter. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|---|
| 517 | 6/1/2020 | GO | (2) Telephone conferences with Joy with Michael O'Reilly regarding mediation; forwarded email to client on same; reply to emails from court reporter on deposition of respondent. | $ | 95.00 | 1.10 | $104.50 | $78.38 | $26.12 | BB |
| 518 | 6/1/2020 | UH | Reviewed documents & prepare memo. | $ | 225.00 | 0.90 | $202.50 | $151.88 | $50.62 | V |
| 519 | 6/1/2020 | KPK | Correspondence to client regarding Mr. O'Reilly. | $ | 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 520 | 6/2/2020 | GO | Prepared request for citation, show cause to district clerk on motion for enforcement of final decree on medical reimbursement. | $ | 95.00 | 0.70 | $66.50 | $66.50 | $0.00 | A |
| 521 | 6/3/2020 | KPK | Email to Bill Dudley regarding Elizabeth's travel on June 5th. (KPK didn't provide time) | $ | - | 0.00 | $0.00 | $0.00 | $0.00 | A |
| 522 | 6/4/2020 | GO | Confer with attorney regarding application for attorney fees. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 523 | 6/6/2020 | KPK | Read email. | $ | 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| 524 | 6/8/2020 | GO | Started compelling of OFW text messages between parties for attorney review. | $ | 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 525 | 6/8/2020 | GO | Worked on application for attorney fees. | $ | 95.00 | 0.30 | $28.50 | $28.50 | $0.00 | A |
| 526 | 6/8/2020 | KPK | Confer regarding O. Family Wizard. | $ | 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 527 | 6/9/2020 | GO | Confer with attorney regarding trial and possible continuation for in-person trial. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 528 | 6/9/2020 | GO | (2) Telephone conferences with court reporter regarding deposition transcript ofrespondent; forwarded email to court reporter on same. | $ | 95.00 | 0.30 | $28.50 | $21.38 | $7.12 | BB |
| 529 | 6/10/2020 | GO | Confer with attorney regarding continuation of trial date and review of respondent's discovery responses. No charge | $ | - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 530 | 6/10/2020 | GO | Prepared notebook on OFW messages between parties; telephone conference with client regarding authority to continue case for an in-person trial setting and regarding review Of respondent's discovery responses. | $ | 95.00 | 0.90 | $85.50 | $64.13 | $21.37 | BB |
| 531 | 6/10/2020 | KPK | Call to Bill Dudley & confer with Lana. | $ | 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 532 | 6/11/2020 | UH | Prepared 1st Interim Fee Application. | $ | 225.00 | 1.60 | $360.00 | $360.00 | $0.00 | A |
| 533 | 6/19/2020 | JM | Obtained documents re: finalizing and filing Interim Application for Attorney's fees and expenses for D&K. | $ | 95.00 | 1.20 | $114.00 | $114.00 | $0.00 | A |
| 534 | 6/24/2020 | DPS | Review of file for preparation of deposition transcript to Televideo & teleconference with Marilu with Televideo; met with Rep from Televideo to provide page/lines & transcript; Finalized Petitioner's Motion to Exclude Evidence, Order Setting hearing for same & e filed same; teleconference with 319th Clerk regarding filing of Pet's Motion to Exclude Evidence; assisted with trial preparation. | $ | 95.00 | 2.00 | $190.00 | $142.50 | $47.50 | BB |
| 535 | 6/24/2020 | GO | Continued working on preparations for trial; worked on trial exhibits; visit with client; forwarded email to Lindsey with Dr. Kit Harrison regarding testimony; forwarded voice message to V. Shuey on respondent records; telephone conference with Marilee with Nueces District Court regarding exhibits; forwarded deposition page lines to opposing counsel; efiled same with court. | $ | 95.00 | 6.10 | $579.50 | $434.63 | $144.87 | BB |
| 536 | 6/24/2020 | UH | Trial preparation. | $ | 225.00 | 6.50 | $1,462.50 | $1,462.50 | $0.00 | A |
| 537 | 6/25/2020 | GO | Confer with attorneys regarding trial. No charge. | $ | - | 0.50 | $0.00 | $0.00 | $0.00 | A |
| 538 | 6/25/2020 | GO | Prepared correspondence to Judge Rincones forwarding thumb drive on respondent's deposition excerpts; copy to opposing counsel and Ms. Cortez; various telephone conferences with Marilou with Judge Rincones on exhibits; forwarded same to Marilou; copy to counsel; prepared and forwarded petitioner's supplemental exhibit list; forwarded suicide note and respondent's December email between parties regarding Elizabeth to Dr. Kit Harrison; forwarded email to client regarding testimony of Dr. Harrison; telephone conference with Lindsey on Dr. Harrison; download of respondent's trial exhibits. | $ | 95.00 | 4.30 | $408.50 | $306.38 | $102.12 | BB |
| 539 | 6/25/2020 | UH | Trial preparation. | $ | 225.00 | 2.90 | $652.50 | $652.50 | $0.00 | A |
| 540 | 6/25/2020 | UH | Trial. | $ | 225.00 | 5.20 | $1,170.00 | $1,170.00 | $0.00 | A |
| 541 | 6/25/2020 | KPK | Trial and prepare for trial. | $ | 350.00 | 12.00 | $4,200.00 | $4,200.00 | $0.00 | A |
| 542 | 6/26/2020 | GO | Assist with trial; forwarded page lines to attorney; prepared list of respondent's trial exhibit list; telephone conference with Marylou with Televideo; forwarded to court reporter deposition transcript of respondent; prepared and forwarded correspondence to Dr. Kit Harrison regarding testimony. | $ | 95.00 | 1.80 | $171.00 | $128.25 | $42.75 | BB |
| 543 | 6/26/2020 | S | Summarize Owsley documents. | $ | 95.00 | 7.00 | $665.00 | $498.75 | $166.25 | V |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 544 | 6/26/2020 | UH | Trial. | $ 225.00 | 7.00 | $1,575.00 | $1,575.00 | $0.00 | A |
| 545 | 6/26/2020 | UH | Prepared attorney's fees questions. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 546 | 6/26/2020 | KPK | Attend trial. | $ 350.00 | 9.00 | $3,150.00 | $3,150.00 | $0.00 | A |
| 547 | 6/27/2020 | S | Summarize Owsley documents. | $ 95.00 | 5.00 | $475.00 | $356.25 | $118.75 | V |
| 548 | 6/29/2020 | KPK | Review ex 24 and follow up on application for fees. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 549 | 6/30/2020 | JM | Emails with Curtis requesting hearing on First Application. Court will set it of objection filed. | $ - | 0.50 | $0.00 | $0.00 | $0.00 | A |
| 550 | 6/30/2020 | GO | Forwarded to client correspondence received from opposing counsel regarding final orders and pleadings; telephone conference with court reporter regarding video of respondent's deposition. | $ 95.00 | 0.20 | $19.00 | $14.25 | $4.75 | BB |
| 551 | 6/30/2020 | KPK | Confer regarding therapy appt. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 552 | 7/1/2020 | GO | Updated discovery notebook for trial. | $ 95.00 | 0.40 | $38.00 | $38.00 | $0.00 | A |
| 553 | 7/1/2020 | UH | Prepare for trial. | $ 225.00 | 1.10 | $247.50 | $247.50 | $0.00 | A |
| 554 | 7/2/2020 | GO | Worked on trial exhibit list; forwarded petitioner's second supplemental trial exhibit list to court and counsel; copy to attorney and client; prepared correspondence regarding trial exhibit list; prepared and forwarded petitioner's third supplemental trial exhibit list to court and all parties; efiled same. | $ 95.00 | 1.20 | $114.00 | $85.50 | $28.50 | BB |
| 555 | 7/2/2020 | UH | Trial | $ 225.00 | 8.00 | $1,800.00 | $1,800.00 | $0.00 | A |
| 556 | 7/2/2020 | KPK | Conduct zoom trial and prepare. | $ 350.00 | 11.00 | $3,850.00 | $3,850.00 | $0.00 | A |
| 557 | 7/3/2020 | KPK | Trial Summary. | $ 350.00 | 1.50 | $525.00 | $393.75 | $131.25 | V |
| 558 | 7/4/2020 | KPK | Continue with memo of trial summary. | $ 350.00 | 1.00 | $350.00 | $262.50 | $87.50 | V |
| 559 | 7/5/2020 | KPK | Continue with memo of trial summary. | $ 350.00 | 1.00 | $350.00 | $262.50 | $87.50 | V |
| 560 | 7/7/2020 | UH | Prepared final order in suit to modify. | $ 225.00 | 1.80 | $405.00 | $202.50 | $202.50 | E |
| 561 | 7/7/2020 | UH | Responded to email from Catherine Curtis. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 562 | 7/7/2020 | KPK | Complete trial summary memorandum and rulings of Court | $ 350.00 | 2.00 | $700.00 | $525.00 | $175.00 | V |
| 563 | 7/8/2020 | GO | Confer with attorney regarding passports; review of trial memo. No charge. | $ - | 0.70 | $0.00 | $0.00 | $0.00 | A |
| 564 | 7/8/2020 | GO | Forwarded email to client regarding passports; forwarded correspondence to Catherine Curtis regarding medical expense reimbursement issues. | $ 95.00 | 0.50 | $47.50 | $35.63 | $11.87 | BB |
| 565 | 7/8/2020 | UH | Sent email to opposing counsel regarding letter waiving service | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 566 | 7/8/2020 | UH | Teleconference to Christine Cortez regarding final order. | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 567 | 7/8/2020 | UH | Revised draft final order. | $ 225.00 | 1.80 | $405.00 | $202.50 | $202.50 | E |
| 568 | 7/8/2020 | UH | Teleconference from Catherine Curtis regarding letter requested by judge. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 569 | 7/8/2020 | KPK | Revise decree and confer with Bill Dudley; confer with C Curtis. | $ 350.00 | 1.50 | $525.00 | $393.75 | $131.25 | BB |
| 570 | 7/8/2020 | KPK | Read correspondence to court. | $ 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 571 | 7/9/2020 | GO | Forwarded email to client regarding current employer and medical expenses list; forwarded email to opposing counsel on school expenses; copy to client. | $ 95.00 | 0.20 | $19.00 | $0.00 | $19.00 | C/NC |
| 572 | 7/9/2020 | UH | Finished revising final order and sent to amicus for review | $ 225.00 | 1.50 | $337.50 | $168.75 | $168.75 | E |
| 573 | 7/9/2020 | KPK | Confer with Curtis. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 574 | 7/9/2020 | KPK | Confer regarding decree changes. | $ 350.00 | 0.20 | $70.00 | $35.00 | $35.00 | E |
| 575 | 7/10/2020 | GO | Reply to email from opposing counsel regarding documents to be received from respondent; forwarded same to client; forwarded email to client on Respondent's paid medical expenses. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|---|
| 576 | 7/10/2020 | UH | Responded to email from Catherine Curtis. | $ | 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 577 | 7/10/2020 | UH | Teleconference to Christine Cortez regarding status of reviewing order. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 578 | 7/10/2020 | UH | Teleconference to client regarding credit for retroactive support. | $ | 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 579 | 7/10/2020 | KPK | Teleconference with client and Catherine Curtis. | $ | 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 580 | 7/12/2020 | KPK | Prepare correspondence to Catherine Curtis. | $ | 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 581 | 7/13/2020 | KPK | Read email from Catherine Curtis and respond. | $ | 350.00 | 0.70 | $245.00 | $245.00 | $0.00 | A |
| 582 | 7/14/2020 | KPK | Read email and respond to email from client and Catherine Curtis. | $ | 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 583 | 7/15/2020 | KPK | Email to Catherine Curtis. | $ | 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 584 | 7/19/2020 | KPK | Review letter from Curtis. | $ | 350.00 | 0.50 | $175.00 | $175.00 | $0.00 | A |
| 585 | 7/20/2020 | GO | Forwarded to client revised proposed final order. | $ | 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 586 | 7/20/2020 | UH | Made revisions to final order and sent to opposing counsel and amicus. | $ | 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |
| 587 | 7/21/2020 | UH | Reviewed objection to DK fees. | $ | 225.00 | 0.40 | $90.00 | $0.00 | $90.00 | C/NC |
| 588 | 7/21/2020 | UH | Legal research regarding response to objection fees. | $ | 225.00 | 1.40 | $315.00 | $0.00 | $315.00 | C/NC |
| 589 | 7/23/2020 | UH | Sent email to opposing counsel regarding order status and unreimbursed medicals. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 590 | 7/23/2020 | KPK | Read email and memo regarding new medicals. | $ | 350.00 | 0.40 | $140.00 | $105.00 | $35.00 | V |
| 591 | 7/24/2020 | GO | Review of trial summary; confer with attorneys regarding proposed revisions to final order. No charge. | $ | - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 592 | 7/24/2020 | GO | Forwarded to attorney for review, revisions to proposed final order from oppsoing counsel reply to email from client; forwarded revisions to client. | $ | 95.00 | 0.20 | $19.00 | $14.25 | $4.75 | BB |
| 593 | 7/24/2020 | UH | Reviewed letter from Bill Dudley. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 594 | 7/24/2020 | UH | Teleconference from Christine Cortez to go over final order changes requested by Bill Dudley. | $ | 225.00 | 0.50 | $112.50 | $56.25 | $56.25 | E |
| 595 | 7/24/2020 | UH | Made tentative revisions to final decree. | $ | 225.00 | 1.00 | $225.00 | $112.50 | $112.50 | E |
| 596 | 7/24/2020 | UH | Sent email to opposing counsel. | $ | 225.00 | 0.10 | $22.50 | $11.25 | $11.25 | E |
| 597 | 7/24/2020 | UH | Reviewed requested order changes with co-counsel. | $ | 225.00 | 0.30 | $67.50 | $33.75 | $33.75 | E |
| 598 | 7/24/2020 | KPK | Review changes requested by Bill Dudley; Correspence to Bill Dudley and read Bankruptcy Ruling. | $ | 350.00 | 1.50 | $525.00 | $393.75 | $131.25 | BB |
| 599 | 7/27/2020 | SC | Prepared email to Bill Dudley enclosing letter on Order. | $ | 95.00 | 0.50 | $47.50 | $23.75 | $23.75 | E |
| 600 | 7/27/2020 | UH | Revised letter to opposing counsel. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 601 | 7/28/2020 | GO | Forwarded zoom invitation to client for hearing; worked on notebook for hearing. | $ | 95.00 | 2.10 | $199.50 | $149.63 | $49.87 | BB |
| 602 | 7/28/2020 | UH | Reviewed and responded to email from amicus. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 603 | 7/28/2020 | UH | Made revisions consented to. | $ | 225.00 | 0.60 | $135.00 | $67.50 | $67.50 | E |
| 604 | 7/28/2020 | KPK | Respond to court regarding hearing. | $ | 350.00 | 0.30 | $105.00 | $52.50 | $52.50 | E |
| 605 | 7/28/2020 | KPK | Prepare for hearing. | $ | 350.00 | 0.70 | $245.00 | $122.50 | $122.50 | E |
| 606 | 7/29/2020 | GO | Confered with attorneys regarding hearing and medical expenses. No charge. | $ | - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 607 | 7/29/2020 | UH | Drafted motion to reopen evidence. | $ | 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|---|
| 608 | 7/29/2020 | UH | Reviewed letter efiling by opposing counsel. | $ | 225.00 | 0.70 | $157.50 | $78.75 | $78.75 | E |
| 609 | 7/29/2020 | UH | Attended hearing on entry of order. | $ | 225.00 | 1.60 | $360.00 | $180.00 | $180.00 | E |
| 610 | 7/29/2020 | UH | Drafted order on motion for enforcement. | $ | 225.00 | 0.70 | $157.50 | $157.50 | $0.00 | A |
| 611 | 7/29/2020 | UH | Teleconference and email to Catherine Curtis and Randy Pullman | $ | 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 612 | 7/29/2020 | UH | Made revisions to final order and sent to opposing counsel and client. | $ | 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |
| 613 | 7/29/2020 | GO | Continued working on notebook for hearing; forwarded email to client on medical expenses; revised motion to re-enter evidence; prepared order setting hearing; efiled motion and order. | $ | 237.50 | 2.50 | $237.50 | $178.13 | $59.37 | BB |
| 614 | 7/29/2020 | KPK | Prepare for and attend hearing. | $ | 350.00 | 2.60 | $910.00 | $455.00 | $455.00 | E |
| 615 | 7/29/2020 | KPK | Revisions to Order. | $ | 350.00 | 1.50 | $525.00 | $262.50 | $262.50 | E |
| 616 | 7/30/2020 | GO | Confer with attorneys regarding final order. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 617 | 7/30/2020 | GO | Revised and efiled correspondence to Judge Gloria Rincones regarding final order; copy to client. | $ | 95.00 | 0.20 | $38.00 | $19.00 | $19.00 | E |
| 618 | 7/30/2020 | UH | Multiple teleconference and email to and from amicus and opposing counsel regarding final order | $ | 225.00 | 0.70 | $157.50 | $78.75 | $78.75 | E |
| 619 | 7/30/2020 | UH | Multiple revisions to final order and enforcement. | $ | 225.00 | 0.80 | $180.00 | $90.00 | $90.00 | E |
| 620 | 7/30/2020 | UH | Teleconference to client regarding final order holiday provisions. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 621 | 7/30/2020 | UH | Drafted letter to court. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 622 | 7/30/2020 | KPK | Confer regarding changes to Order multiple times. | $ | 350.00 | 1.20 | $420.00 | $210.00 | $210.00 | E |
| 623 | 7/30/2020 | KPK | Confer regarding extending deadline. | $ | 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 624 | 7/31/2020 | GO | Confer with attorneys regarding final order and hearing. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 625 | 7/31/2020 | GO | Telephone conference with Cecilia with Judge Rincones regarding final order and upcoming hearing; prepared memo regarding contact information for court reporter; telephone conference with client; attempts to forward opposing counsel's revisions to final order to client via text. | $ | 66.50 | 0.70 | $66.50 | $49.88 | $16.62 | BB |
| 626 | 7/31/2020 | KPK | Review correspondence from Bill Dudley. | $ | 350.00 | 0.30 | $105.00 | $52.50 | $52.50 | E |
| 627 | 8/3/2020 | KPK | Read messages and read Motion to Convert and Appoint Trustee. | $ | - | 0.60 | $0.00 | $0.00 | $0.00 | A |
| 628 | 8/3/2020 | GO | Forwarded zoom invitation for hearing to client; telephone conference with Leah with amicus attorney confirming payment from petitioner; forwarded opposing counsel's revisions to final order to client; reply to emails from client; telephone conference with client. | $ | 95.00 | 0.70 | $66.50 | $49.88 | $16.62 | BB |
| 629 | 8/3/2020 | UH | Reviewed requested changes to orders. | $ | 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |
| 630 | 8/3/2020 | UH | Revised order on enforcement. | $ | 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 631 | 8/3/2020 | UH | Revised final order in suit to modify. | $ | 225.00 | 0.80 | $180.00 | $90.00 | $90.00 | E |
| 632 | 8/3/2020 | KPK | Review Bill Dudley's changes to Order. | $ | 350.00 | 0.40 | $140.00 | $70.00 | $70.00 | E |
| 633 | 8/4/2020 | GO | Confer with attorney regarding holiday provisions. No charge. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 634 | 8/4/2020 | GO | Revised motion for reconsideration of holiday provisions; prepared order setting hearing; efiled motion and order; copy to client. | $ | 95.00 | 0.60 | $57.00 | $42.75 | $14.25 | BB |
| 635 | 8/4/2020 | UH | Teleconference to and from client regarding order revisions. | $ | 225.00 | 0.30 | $67.50 | $33.75 | $33.75 | E |
| 636 | 8/4/2020 | UH | Made further revisions to order and sent out. | $ | 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |
| 637 | 8/4/2020 | UH | Teleconference to client regarding motion for reconsideration on holidays. | $ | 225.00 | 0.30 | $67.50 | $33.75 | $33.75 | E |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|---|
| 638 | 8/4/2020 | UH | Drafted motion for reconsideration. | $ | 225.00 | 0.30 | $67.50 | $33.75 | $33.75 | E |
| 639 | 8/4/2020 | UH | Sent motion and proposed order to court coordinator. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 640 | 8/4/2020 | UH | Sent revised motion and proposed order to court coordinator. | $ | 225.00 | 0.10 | $22.50 | $11.25 | $11.25 | E |
| 641 | 8/4/2020 | KPK | Confer regarding changes to Order. | $ | 350.00 | 0.30 | $105.00 | $52.50 | $52.50 | E |
| 642 | 8/4/2020 | KPK | Review Bankruptcy Docs regarding claims. | $ | 350.00 | 0.40 | $140.00 | $105.00 | $35.00 | V |
| 643 | 8/4/2020 | KPK | Read Declaration of Jimie Owsley | $ | 350.00 | 0.40 | $140.00 | $140.00 | $0.00 | A |
| 644 | 8/4/2020 | KPK | Review open questions and revise Decree; attend hearing. | $ | 350.00 | 4.00 | $1,400.00 | $1,050.00 | $350.00 | BB |
| 645 | 8/5/2020 | GO | Assist with hearing. | $ | 95.00 | 0.30 | $28.50 | $14.25 | $14.25 | E |
| 646 | 8/5/2020 | UH | Multiple teleconference to Bill Dudley regarding order changes. | $ | 225.00 | 1.00 | $225.00 | $112.50 | $112.50 | E |
| 647 | 8/5/2020 | UH | Multiple teleconference to client regarding order changes. | $ | 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |
| 648 | 8/5/2020 | UH | Made revisions to order. | $ | 225.00 | 0.50 | $112.50 | $56.25 | $56.25 | E |
| 649 | 8/5/2020 | UH | Attend hearing. | $ | 225.00 | 0.30 | $67.50 | $33.75 | $33.75 | E |
| 650 | 8/5/2020 | UH | Teleconference with Christine Cortez regarding order changes. | $ | 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |
| 651 | 8/5/2020 | UH | Sent newest order version to court coordinator. | $ | 225.00 | 0.10 | $22.50 | $11.25 | $11.25 | E |
| 652 | 8/5/2020 | UH | Made court-ordered revisions and sent to opposing counsel and amicus. | $ | 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |
| 653 | 8/5/2020 | UH | Multiple teleconference to Bill Dudley regarding order changes. | $ | 225.00 | 1.00 | $225.00 | $0.00 | $225.00 | UN/D see 646 |
| 654 | 8/5/2020 | UH | Multiple teleconference to client regarding order changes. | $ | 225.00 | 0.40 | $90.00 | $0.00 | $90.00 | UN/D see 647 |
| 655 | 8/5/2020 | UH | Made revisions to order. | $ | 225.00 | 0.50 | $112.50 | $0.00 | $112.50 | UN/D see 648 |
| 656 | 8/5/2020 | UH | Attend hearing. | $ | 225.00 | 0.30 | $67.50 | $0.00 | $67.50 | UN/D see 649 |
| 657 | 8/5/2020 | UH | Teleconference from Christine Cortez regarding order changes. | $ | 225.00 | 0.40 | $90.00 | $0.00 | $90.00 | UN/D see 650 |
| 658 | 8/5/2020 | UH | Sent newest order version to court coordinator. | $ | 225.00 | 0.10 | $22.50 | $0.00 | $22.50 | UN/D see 651 |
| 659 | 8/5/2020 | UH | Made court-ordered revisions and sent to opposing counsel and amicus. | $ | 225.00 | 0.40 | $90.00 | $0.00 | $90.00 | UN/D see 652 |
| 660 | 8/6/2020 | GO | Confer with attorneys regarding amending application for attorney fees. No charge. | $ | - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 661 | 8/6/2020 | GO | Worked on response to opposition to debtor's first interim application fees and expenses; revisions to same; forwarded response to Catherine Curtis for review; copy to client. | $ | - | 1.50 | $0.00 | $0.00 | $0.00 | A |
| 662 | 8/6/2020 | UH | Reviewed billing sample. | $ | - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 663 | 8/6/2020 | UH | Reviewed and compared orders. | $ | 225.00 | 0.70 | $157.50 | $78.75 | $78.75 | E |
| 664 | 8/6/2020 | UH | Made revisions to order and efiled. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 665 | 8/6/2020 | UH | Teleconference with Christine Cortez. | $ | 225.00 | 0.20 | $45.00 | $22.50 | $22.50 | E |
| 666 | 8/6/2020 | KPK | Revise Order and correspond with Mr. Dudley; teleconference with Ms. Cortez; revise Response to Objections. | $ | 350.00 | 1.20 | $420.00 | $210.00 | $210.00 | E |
| 667 | 8/7/2020 | GO | Confer with attorneys regarding comparison of final decree versions. No charge. | $ | - | 0.40 | $0.00 | $0.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |

| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
|---|---|---|---|---|---|---|---|---|---|
| 668 | 8/7/2020 | GO | Worked on preparations for hearing; assist with hearing; telephone conference with Cecilia with Judge Rincones; forwarded petitioner's and respondent's version of final order to client for review; prepared and forwarded correspondence to Cecilia with Judge Rincones; forwarded order on motion for enforcement to Catherine Curtis; copy to client | $ 95.00 | 1.00 | $95.00 | $71.25 | $23.75 | BB |
| 669 | 8/7/2020 | UH | Prepared for zoom hearing. | $ 225.00 | 0.40 | $90.00 | $45.00 | $45.00 | E |
| 670 | 8/7/2020 | UH | Reviewed and compared order signed by judge with our order. | $ 225.00 | 0.30 | $67.50 | $33.75 | $33.75 | E |
| 671 | 8/7/2020 | UH | Spoke to Christine Cortez regarding signed order. | $ 225.00 | 0.10 | $22.50 | $11.25 | $11.25 | E |
| 672 | 8/7/2020 | UH | Drafted 1st amended interim application for fees. | $ 225.00 | 0.80 | $180.00 | $0.00 | $180.00 | C/NC |
| 673 | 8/7/2020 | KPK | Confer regarding final Orders; review signed Order and prepare for hearing. | $ 350.00 | 0.80 | $280.00 | $140.00 | $140.00 | E |
| 674 | 8/7/2020 | KPK | Revise Application. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 675 | 8/10/2020 | GO | Reply to email from client on medical expenses; worked on exhibit and witness list; download of documents received from Catherine Curtis. | $ 95.00 | 0.90 | $85.50 | $64.13 | $21.37 | BB |
| 676 | 8/10/2020 | UH | Revised response to opposition to fee application. | $ 225.00 | 0.80 | $180.00 | $0.00 | $180.00 | C/NC |
| 677 | 8/10/2020 | UH | Prepared exhibit and witness list. | $ 225.00 | 0.30 | $67.50 | $0.00 | $67.50 | C/NC |
| 678 | 8/10/2020 | UH | Emails to and from client regarding bankruptcy order. | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 679 | 8/10/2020 | KPK | Review request for medical reimbursement. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 680 | 8/10/2020 | KPK | Work on hearing exhibits. | $ 350.00 | 0.40 | $140.00 | $0.00 | $140.00 | C/NC |
| 681 | 8/10/2020 | KPK | Work on Witness List and Response to Objection | $ 350.00 | 0.80 | $280.00 | $0.00 | $280.00 | C/NC |
| 682 | 8/11/2020 | KPK | Confer with counsel regarding hearing on 8/12. | $ 350.00 | 0.60 | $210.00 | $0.00 | $210.00 | C/NC |
| 683 | 8/12/2020 | GO | Worked on preparation for hearing. | $ 95.00 | 0.50 | $47.50 | $0.00 | $47.50 | C/NC |
| 684 | 8/12/2020 | UH | Reviewed trial exhibits, documents, and receipts regarding unreimbursement medicals. | $ 225.00 | 1.40 | $315.00 | $315.00 | $0.00 | A |
| 685 | 8/12/2020 | UH | Hearing preparation and setup. | $ 225.00 | 0.30 | $67.50 | $0.00 | $67.50 | C/NC |
| 686 | 8/12/2020 | UH | Attended hearing on fees. | $ 225.00 | 1.40 | $315.00 | $0.00 | $315.00 | C/NC |
| 687 | 8/12/2020 | KPK | Prepare for hearing and attend hearing and preparation of attorney fees questions. | $ 350.00 | 2.00 | $700.00 | $0.00 | $700.00 | C/NC |
| 688 | 8/13/2020 | UH | Reviewed current billing statements. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 689 | 8/13/2020 | UH | Prepared 2nd amended fee application. | $ 225.00 | 2.00 | $450.00 | $0.00 | $450.00 | C/NC |
| 690 | 8/13/2020 | UH | Reviewed email from opposing counsel. | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 691 | 8/14/2020 | KPK | Revise attorney fee statements (n/c) | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 692 | 8/15/2020 | KPK | Memo regarding "things to do". | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 693 | 8/21/2020 | GO | confer with attorney regarding documents to be filed. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 694 | 8/25/2020 | UH | Reviewed ethics opinion. | $ 225.00 | 0.20 | $45.00 | $0.00 | $45.00 | C/NC |
| 695 | 8/26/2020 | KPK | Email to court reporter. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 696 | 8/26/2020 | KPK | Confer regarding unpaid medicals. | $ 350.00 | 0.30 | $105.00 | $105.00 | $0.00 | A |
| 697 | 8/27/2020 | KPK | Review Transcript | $ 350.00 | 0.50 | $175.00 | $131.25 | $43.75 | V |
| 698 | 8/28/2020 | GO | Telephone conference with court reporter regarding deposition transcript of Brian Owsley; worked on efiling of exhibits in bankruptcy court | $ 95.00 | 5.30 | $503.50 | $377.63 | $125.87 | BB |
| 699 | 8/31/2020 | KPK | Confer regarding new application and email | $ 350.00 | 0.30 | $105.00 | $0.00 | $105.00 | C/NC |
| 700 | 9/2/2020 | UH | Reviewed signed Rule 11 | $ 350.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 701 | 9/4/2020 | KPK | Follow up on attorneys fees | $ 350.00 | 0.20 | $70.00 | $52.50 | $17.50 | V |
| 702 | 9/15/2020 | GO | Reply to email from client regarding Respondent's violations of final order; forwarded final order signed by Judge to client. | $ 95.00 | 0.10 | $9.50 | $9.50 | $0.00 | A |
| 703 | 9/15/2020 | KPK | Work on new medical issues. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 704 | 9/17/2020 | GO | Confer with attorney regarding Respondent's violations of final order. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 705 | 9/18/2020 | UH | Teleconference with client regarding unpaid bills. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |

| | Glossary | BB | Block-Billed entries, reduced by 25%. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | E | Excessive entries, reduced by 50%. | | | | | | |
| | | UN/D | Unnecessary work, allowed at $0.00. | | | | | | |
| | | C/NC | Clerical or other non-compensable work, allowed at $0.00. | | | | | | |
| | | V | Vague, reduced by 25%. | | | | | | |
| | | UA | Unauthorized work, allowed at $0.00. | | | | | | |
| | | A | Allowed in full. | | | | | | |
| Entry | Date | Billing Professional | Description | Rate | Hours | Amount Req. | Allowed | Disallowed | Disallowance (See Glossary) |
| 706 | 9/18/2020 | UH | Forwarded final Order of OAG. | $ 225.00 | 0.10 | $22.50 | $22.50 | $0.00 | A |
| 707 | 9/22/2020 | GO | Forwarded correspondence to opposing counsel regarding Respondent's violations of final order; copy to client. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 708 | 9/22/2020 | UH | Drafted letter to opposing counsel. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 709 | 9/24/2020 | GO | Confer With attorney regarding respondent's violations. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 710 | 9/24/2020 | GO | Confer with attorney regarding documents received from opposing counsel on payments as per court order. No charge. | $ - | 0.30 | $0.00 | $0.00 | $0.00 | A |
| 711 | 9/24/2020 | GO | Download of multiple attachments to correspondence from opposing counsel regarding Respondent's payments as per court's order; forwarded same to client; | $ 95.00 | 0.40 | $38.00 | $0.00 | $38.00 | C/NC |
| 712 | 9/24/2020 | UH | Reviewed documents sent by Bill Dudley | $ 225.00 | 0.80 | $180.00 | $135.00 | $45.00 | V |
| 713 | 9/24/2020 | UH | Teleconference with Office of Attorney General regarding child support. | $ 225.00 | 0.50 | $112.50 | $112.50 | $0.00 | A |
| 714 | 9/24/2020 | UH | Drafted email to client regarding Office of Attorney General & Bill Dudley documents. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 715 | 9/24/2020 | UH | Reviewed & responded to email from client. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 716 | 9/25/2020 | GO | Confer with attorney regarding child support payment record. No charge. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 717 | 9/25/2020 | GO | Telephonc conference with Patricia with Attorney General's Office regarding request for child support report. | $ 95.00 | 0.20 | $19.00 | $19.00 | $0.00 | A |
| 718 | 9/25/2020 | UH | Teleconference with Office of Attorney General's office regarding unentered Orders | $ 225.00 | 0.40 | $90.00 | $90.00 | $0.00 | A |
| 719 | 9/28/2020 | GO | Forwarded to client: (2) correspondences received from the Office of the Attorney General. | $ 95.00 | 0.10 | $9.50 | $0.00 | $9.50 | C/NC |
| 720 | 10/1/2020 | KPK | Review Attorney General notices. | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 721 | 10/2/2020 | GO | Confer with attorney regarding reimbutsement of medical expenses owed by respondent. | $ - | 0.20 | $0.00 | $0.00 | $0.00 | A |
| 722 | 10/2/2020 | GO | Worked on list of monies owed by respondent as reimbursement of medical expense, | $ 95.00 | 0.50 | $47.50 | $47.50 | $0.00 | A |
| 723 | 10/2/2020 | UH | Reviewed financial activity report & sent email to client. | $ 225.00 | 0.20 | $45.00 | $45.00 | $0.00 | A |
| 724 | 10/2/2020 | UH | Reviewed & responded to client's email regarding support | $ 225.00 | 0.30 | $67.50 | $67.50 | $0.00 | A |
| 725 | 10/2/2020 | KPK | Review Child Support Ledger | $ 350.00 | 0.20 | $70.00 | $70.00 | $0.00 | A |
| 726 | 10/21/2020 | KPK | Read email & respond to same. | $ 350.00 | 0.30 | $105.00 | $78.75 | $26.25 | V |
| | **Totals:** | | | | 670.40 | $127,641.50 | **$90,114.00** | **$37,527.50** | |