

ENTERED
04/05/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JIMIE DIANNE OWSLEY, | § | CASE NO: 19-20060 |
|    Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER

For the reasons set out in the Memorandum Opinion issued on this date, Dale & Klein, LLP is awarded $84,164.29 in attorneys' fees and expenses. Of this amount, the Debtor's estate is responsible for $44,174.29 as an administrative expense.

SIGNED 04/05/2021

_____
Marvin Isgur
United States Bankruptcy Judge